**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

| | |
|---|---|
| AMERICAN CHEMISTRY COUNCIL, ALLIANCE FOR AUTOMOTIVE INNOVATION, AMERICAN COATINGS ASSOCIATION, ASSOCIATION OF HOME APPLIANCE MANUFACTURERS, NATIONAL ASSOCIATION OF MANUFACTURERS, NATIONAL ELECTRICAL MANUFACTURERS ASSOCIATION, NATIONAL FEDERATION OF INDEPENDENT BUSINESS, INC., NEW MEXICO RETAIL ASSOCIATION, and POWER TOOL INSTITUTE,<br><br>*Plaintiffs*,<br><br>v.<br><br>JAMES C. KENNEY, *in his official capacity as Secretary of New Mexico Environment Department*; and RAÚL TORREZ, *in his official capacity as Attorney General of New Mexico*,<br><br>*Defendants*. | Case No.: 1:26-cv-02130 |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule Civil procedure 7.1, Plaintiffs, through their undersigned counsel, hereby certify as follows:

1. American Chemistry Council ("ACC") is a trade association and has no parent corporation. No publicly held corporation has a 10% or greater ownership interest in ACC.
2. Alliance for Automotive Innovation ("AAI") is a trade association and has no parent corporation. No publicly held corporation has a 10% or greater ownership interest in AAI.
3. American Coatings Association ("ACA") is a trade association and has no parent corporation. No publicly held corporation has a 10% or greater ownership interest in ACA

4. Association of Home Appliance Manufacturers ("AHAM") is a trade association and has no parent corporation. No publicly held corporation has a 10% or greater ownership interest in AHAM.

5. National Association of Manufacturers ("NAM") is a trade association and has no parent corporation. No publicly held corporation has a 10% or greater ownership interest in NAM.

6. National Electrical Manufacturers Association ("NEMA") is a trade association and has no parent corporation. No publicly held corporation has a 10% or greater ownership interest in NEMA.

7. National Federation of Independent Business, Inc. ("NFIB") is a trade association and has no parent corporation. No publicly held corporation has a 10% or greater ownership interest in NFIB.

8. New Mexico Retail Association ("NMRA") is a trade association and has no parent corporation. No publicly held corporation has a 10% or greater ownership interest in NMRA.

9. Power Tool Institute ("PTI") is a trade association and has no parent corporation. No publicly held corporation has a 10% or greater ownership interest in PTI.

Dated: July 1, 2026

Respectfully submitted,

*/s/ John C. Anderson*
JOHN C. ANDERSON
**HOLLAND & HART LLP**
215 Lincoln Avenue, Suite 100
Santa Fe, NM 87501
Phone: +1 505 988 4421
jcanderson@hollandhart.com

KEVIN P. MARTIN (*pro hac vice pending*)
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, MA 02210
Phone: +1 617 570 1000
KMartin@goodwinlaw.com

BRIAN T. BURGESS (*pro hac vice pending*)
ANDREW KIM (*pro hac vice pending*)
CASSANDRA SNYDER (*pro hac vice pending*)
NOELLE WILSON (*pro hac vice pending*)
**GOODWIN PROCTER LLP**
1900 N Street NW
Washington, DC 20036
Phone: +1 202 346 4000
BBurgess@goodwinlaw.com
AndrewKim@goodwinlaw.com
CassandraSnyder@goodwinlaw.com
NWilson@goodwinlaw.com

*Counsel for Plaintiffs*