# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

AMERICAN CHEMISTRY COUNCIL,
ALLIANCE FOR AUTOMOTIVE
INNOVATION, AMERICAN COATINGS
ASSOCIATION, ASSOCIATION OF HOME
APPLIANCE MANUFACTURERS,
NATIONAL ASSOCIATION OF
MANUFACTURERS, NATIONAL
ELECTRICAL MANUFACTURERS
ASSOCIATION, NATIONAL FEDERATION
OF INDEPENDENT BUSINESS, INC., NEW
MEXICO RETAIL ASSOCIATION, and
POWER TOOL INSTITUTE,

        *Plaintiffs*,

        v.

JAMES C. KENNEY, *in his official capacity as Secretary of New Mexico Environment Department*; and RAÚL TORREZ, *in his official capacity as Attorney General of New Mexico*,

        *Defendants*.

Case No: 1:26-cv-02130

## DEFENDANTS' NOTICE OF EXTENSION UNTIL AUGUST 3, 2026, TO FILE DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

In accordance with D.N.M. LR-Civ. 7.4(a), undersigned counsel provides notice that all parties have agreed that Defendants may file their response to Plaintiffs' motion for a preliminary injunction filed July 1, 2026 (ECF No. 3) on or before August 3, 2026. This extension does not interfere with any established case management deadlines.

        Respectfully submitted,

*/s/ Alexander W. Tucker*
DANIEL AHRENS
*Assistant Solicitor General*
ESTHER JAMISON
*Assistant Attorney General*
New Mexico Department of Justice
408 Galisteo Street
Santa Fe, NM 87501
505-490-4060
dahrens@nmdoj.gov
ejamison@nmdoj.gov

ALEXANDER W. TUCKER
*Assistant Solicitor General*
New Mexico Department of Justice
201 Third St. NW, Suite 300
Albuquerque, NM 87123
505-490-4060
atucker@nmdoj.gov

GREGORY S. SMITHKIER
*Assistant General Counsel*
*Special Assistant Attorney General*
New Mexico Environment Department
Office of General Counsel
1190 South St. Francis Drive
Santa Fe, New Mexico 87505
505-531-7736
gregory.smithkier@env.nm.gov

*Counsel for James C. Kenney and*
*Raúl Torrez*

## CERTIFICATE OF SERVICE

I certify that on July 14, 2026, 2026, I served the foregoing on counsel of record for all parties via the CM/ECF system.

*/s/ Alexander W. Tucker*
Alexander W. Tucker