# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

AMERICAN CHEMISTRY COUNCIL,
ALLIANCE FOR AUTOMOTIVE
INNOVATION, AMERICAN COATINGS
ASSOCIATION, ASSOCIATION OF HOME
APPLIANCE MANUFACTURERS,
NATIONAL ASSOCIATION OF
MANUFACTURERS, NATIONAL
ELECTRICAL MANUFACTURERS
ASSOCIATION, NATIONAL FEDERATION
OF INDEPENDENT BUSINESS, INC., NEW
MEXICO RETAIL ASSOCIATION, and
POWER TOOL INSTITUTE,

Case No: 1:26-cv-02130-MIS-SCY

*Plaintiffs*,

v.

JAMES C. KENNEY, *in his official capacity
as Secretary of New Mexico Environment
Department*; and RAÚL TORREZ, *in his
official capacity as Attorney General of New
Mexico*,

*Defendants.*

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION TO FILE A RESPONSIVE PLEADING

Defendants move for an extension, until August 28, 2026, to file a responsive pleading.

In support of this motion, Defendants state:

1.      Plaintiffs' filed their complaint on July 1, 2026. ECF No. 1. Plaintiffs filed a

motion for preliminary injunction on the same day. ECF No. 3. Defendants were served on July

6, 2026, so a responsive pleading to Plaintiffs' complaint is currently due July 27, 2026. Fed. R.

Civ. P. 12(a)(1)(A)(i); ECF Nos. 23, 24. For good cause, Defendants request an extension until August 28, 2026 to file a responsive pleading.

2.    Undersigned counsel has conferred with Plaintiffs' counsel and this motion is unopposed.

3.    There is good cause for this extension. Fed. R. Civ. P. 6(b)(1). Plaintiffs concurrently filed a motion for a preliminary injunction, and counsel for Defendants are focusing their efforts on responding to that request for emergency relief. Per Notice, ECF No. 27, Defendants will respond to that motion on August 3, 2026. Further, undersigned counsel must respond to petition for certiorari in the United States Supreme Court in *Rio Grande Foundation v. Oliver*, No. 25-1248, due July 27, 2026, and has merits briefing due in the New Mexico Supreme Court in *Concerned Citizens for Nuclear Safety v. New Mexico Water Quality Control Commission*, S-1-SC-41092, also due July 27, 2026. These deadlines are illustrative of other impending merits briefing and motion deadlines in the New Mexico Court of Appeals and New Mexico Supreme Court that the team of attorneys in this case are responsible for during and shortly after the current deadline to file a responsive pleading, among other obligations, such as ongoing litigation responsibilities, drafting attorney general opinions, providing legal advice internally and externally, and more.

4.    This is a complex case involving both technical subject matter and novel constitutional issues. This case also requires significant coordination amongst NMDOJ, NMED, potential amici and outside counsel, and other government stakeholders. Preparation and coordination require additional time.

Therefore, Defendants respectfully request that the Court grant Defendants an extension, until August 28, 2026, to file a responsive pleading.

Dated: July 27, 2026                    Respectfully submitted,

*/s/ Alexander W. Tucker*
SETH C. MCMILLAN
*Deputy Solicitor General*
DANIEL AHRENS
*Assistant Solicitor General*
ESTHER JAMISON
*Assistant Attorney General*
New Mexico Department of Justice
408 Galisteo Street
Santa Fe, NM 87501
505-490-4060
smcmillan@nmdoj.gov
dahrens@nmdoj.gov
ejamison@nmdoj.gov

ALEXANDER W. TUCKER
*Assistant Solicitor General*
New Mexico Department of Justice
201 Third St. NW, Suite 300
Albuquerque, NM 87123
505-490-4060
atucker@nmdoj.gov

GREGORY S. SMITHKIER
*Assistant General Counsel*
*Special Assistant Attorney General*
New Mexico Environment Department
Office of General Counsel
1190 South St. Francis Drive
Santa Fe, New Mexico 87505
505-531-7736
gregory.smithkier@env.nm.gov

*Counsel for James C. Kenney and*
*Raul Torrez*

## CERTIFICATE OF SERVICE

I certify that on July 27, 2026, I served the foregoing on counsel of record for all parties via the CM/ECF system.

*/s/ Daniel Ahrens*
Daniel Ahrens