**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

| | |
|---|---|
| AMERICAN CHEMISTRY COUNCIL, ALLIANCE FOR AUTOMOTIVE INNOVATION, AMERICAN COATINGS ASSOCIATION, ASSOCIATION OF HOME APPLIANCE MANUFACTURERS, NATIONAL ASSOCIATION OF MANUFACTURERS, NATIONAL ELECTRICAL MANUFACTURERS ASSOCIATION, NATIONAL FEDERATION OF INDEPENDENT BUSINESS, INC., NEW MEXICO RETAIL ASSOCIATION, and POWER TOOLINS TITUTE, *Plaintiffs*,<br>v.<br>JAMES C. KENNEY, *in his official capacity as Secretary of New Mexico Environment Department*; and RAÚL TORREZ, *in his official capacity as Attorney General of New Mexico*, *Defendants*. | Case No.: 1:26-cv-02130 |

**DECLARATION OF DEBORAH E. DICKERSON, PHD CIH CSP**

I, Deborah E. Dickerson, hereby declare and state as follows:

1. I have been retained by counsel for Defendants as an expert in connection with the above-captioned litigation.
2. I have been asked to provide my expert opinions on: 1) purposes of labels on consumer products; 2) the distinction between public-awareness-labels and warning-labels; and 3) label pictograms, their meanings and message conveyance.

3. I have actual knowledge of the matters stated herein. If called to testify in this matter, I would testify truthfully and based on my expert opinions.
4. In preparing this declaration, I reviewed the New Mexico Per- and Poly-Fluoroalkyl Substances Protection Act (the "PFAS Act"), NMSA 1978, Sections 74-15-1 et seq., the New Mexico Environment Improvement Board's (the "EIB") implementing regulation, 20.13.2 NMAC, and all other documents cited herein. I am also relying on my scientific education and training, my research experience, and my knowledge of the scientific literature in the pertinent fields, as set out in my curriculum vitae, attached hereto as Exhibit D.
5. I provided both written testimony and live testimony in support of the New Mexico Environment Department (NMED) Petition for Regulatory Change to Adopt 20.13.2 NMAC: Per- and Poly-Fluoroalkyl Substances in Consumer Products. That testimony is attached hereto as Exhibit E.
6. The materials I have relied upon in preparing this declaration are the same types of materials that experts in my field regularly rely upon when forming opinions on these subjects. These materials are listed in Exhibit A to this Declaration.
7. I may wish to supplement the opinions stated in this declaration or the bases for them as a result of new scientific research, publications, or in response to statements and issues that may arise in my area of expertise, as well as any materials provided by Plaintiffs.

# I. BACKGROUND AND QUALIFICATIONS

## A. Qualifications

8. My name is Deborah Dickerson and I am an associate professor of human factors and safety engineering and the Director of the Product and System Safety Laboratory, in the Grado Department of Industrial and Systems Engineering, at Virginia Tech. I hold MS and PhD degrees in safety engineering, an MS degree in ecology, and the certified industrial hygienist (CIH) and certified safety professional (CSP) credentials. My research expertise is in the realm of Prevention through Design: designing products, product warnings, and systems to eliminate hazards. Most of my research has involved the prevention of exposure to chemical health hazards. My research group has conducted studies on the effectiveness of chemical product warning labels and pictograms. I have over 30 years of experience in the fields of industrial hygiene and safety engineering. From 1996 to 2007, I was engaged in a professional career in safety and health, wherein I directed the Environmental, Health and Safety Services office, an organization responsible for ensuring compliance with safety, health, and environmental standards at Virginia Tech. Specifically, I led the following programs: Hazard Communication, Hazardous Materials, Chemical Hygiene, Industrial Hygiene, Respiratory Protection, and Medical Surveillance. During that professional career, I also held the Certified Hazardous Materials Manager credential. I have 28 years of university teaching experience and have taught courses on product safety, labels and warnings, system safety analysis, occupational safety, industrial hygiene, risk control, and human factors engineering. Since 2014, I have served as an expert witness in over 100 products liability civil litigation cases concerning product design and communications defects. The majority of

these cases have focused on chemical products. My curriculum vita is provided as an exhibit to this testimony.

**B. Compensation**

9. I am receiving compensation at the rate of $306 per hour for my work on this matter.

**C. Previous Testimony**

10. In the four years preceding the date of this report, I have testified in deposition or at trial as an expert witness in 22 previous cases (Exhibit B).

## II. STATEMENT OF OPINIONS

**OPINION 1: The Product Label Required by 20.13.2.13 NMAC is not a Warning Label.**

11. There are several categories of product labels designed for the purpose of communication to consumers: Warning, Deterrent, and Consumer Awareness. Perhaps the most widely-known category is the Warning Label. These are designed to provide warning to consumers about hazards associated with use and unintended use of products. When a product contains a hazard that can eventuate in bodily harm, then a warning label is required to alert consumers and convey specific information. Adequate warning labels must contain three elements: 1) a clear statement of the hazard; 2) negative consequences that would arise from exposure to the hazard; and 3) methods of avoiding the hazard and negative consequences.

12. The second category of product label is the Deterrent Label. These are designed to deter use of harmful products. These types of labels employ health psychology and health promotion elements, with the aim of influencing consumer behavior. Well-known examples of this category of product label are those on tobacco or alcohol products. Tobacco product labeling and warning requirements in the United States are regulated by the FDA under Title 21 of the Code of Federal Regulations (CFR), primarily in 21 CFR Part 1140, Part 1141, and Part 1143. The FDA states the purpose of the labeling is to "clearly inform the public about the severe health risks of tobacco use, discourage people—especially youth—from starting, and prevent deceptive marketing." The phrase "discourage people" makes clear that this is a Deterrent Label.

13. Finally, the third category of product label is the Consumer Awareness Label. Consumer Awareness Labels convey important information to consumers. The purpose of this information is to raise consumer awareness, so consumers can make informed decisions regarding product use. A recent well-known example of a Consumer Awareness Label is the Genetically-Engineered food label that is regulated by the USDA's Agricultural Marketing Service, under the National Bioengineered Food Disclosure Standard (NBFDS), which became fully mandatory in January 2022 (7 CFR Part 66). A Consumer Awareness Label with a longstanding history is the product label that is mandated by the Nutrition Labeling and Education Act of 1990 (NLEA, 21 CFR 101.9). Through the Consumer Awareness Label of the NLEA, the FDA promotes healthful eating patterns by providing nutritional information that helps consumers make informed food choices and by encouraging industry to focus on healthier food formulations.

14. The **product label required of 20.13.2.13 NMAC falls into the category of Consumer Awareness Label.** NMED states on its website (https://www.env.nm.gov/pfas/) "For products made with PFAS that are permitted for sale in New Mexico, the PFAS Protection Act requires manufacturers to provide transparency to consumers and other purchasers by labeling affected products and reporting information about intentionally added PFAS". This statement makes clear that the label requirement falls into the Consumer Awareness category, rather than the Warning Label category. The phrase "provide transparency to consumers" makes clear that this is a Consumer Awareness Label. NMED has published, in July 2026, guidelines entitled "Labelling Guidance for Consumer Products with Intentionally Added PFAS in New Mexico: Requirements and Best Practices for Complying with the Per- and Poly-Fluoroalkyl Substances (PFAS) Protection Act and 20.13.2 NMAC". This document states the Act's purpose of the labeling requirement thusly: "In product categories still permitted for sale in the state, it also requires manufacturers to report information about intentionally added PFAS in products for sale in New Mexico and label affected products to indicate the presence of intentionally added PFAS." There is no mention of any cognizable warning or hazards or steps to prevent exposure, as would be typical of a Warning Label requirement. The simple label requirement of the Act is consumer products must include a label that is an image of an Erlenmeyer flask with the word "PFAS" inside the flask. This required pictogram is shown in Figure 1, below.




Figure 1: Required label pictogram

15. The three required elements of a Warning Label, as described earlier, are not present in Figure 1. There is no statement of hazard. There is no description of negative consequences that would arise from exposure to a hazard. And, there is no instruction on how to avoid exposure to a hazard. The absence of these requisite Warning Label elements make it clear that this is not designed to be a Warning Label.

**OPINION 2: The Pictogram Required of 20.13.2.13 NMAC is not a Warning Symbol.**

16. **There is no standardized hazard warning system that employs the Erlenmeyer Flask pictogram as a warning icon.** Warning pictogram design standards rely on precise combinations of geometric shapes, high-contrast colors, and universally understood symbols to communicate hazards instantly. There are several standards published on the subject of warning pictogram design (Exhibit C). The United Nations' Globally Harmonized System of Classification and Labelling of Chemicals (GHS) is a universally-accepted standard for pictograms connoting chemical hazards. It has been adopted in the United States by the Occupational Health and Safety Administration (OSHA) in its Hazard Communication Standard (29 CFR 1910.1200). ANSI Z535.4-2023: Product Safety Signs and Labels establishes standardized guidelines for designing and displaying product safety signs and labels to prevent injury and communicate hazard information effectively. ISO 7010 is a technical standard by the International Organization for Standardization for graphical hazard symbols on hazard and safety signs, including those indicating emergency exits. It uses colors and principles set out in ISO 3864 for these symbols and is intended to provide "safety information that relies as little as possible on

the use of words to achieve understanding." The National Fire Protection Association (NFPA 704) has published a set of hazard warning symbols. The Globally Harmonized System (GHS) is the hazard warning system specifically for chemicals. Its symbols are shown in Figure 2. As can be seen, there is no Erlenmeyer Flask.

| GHS Pictogram | Pictogram Name | Hazards Represented |
|---|---|---|
|  | Exclamation Point | ‣ Irritant to eyes, skin and respiratory tract<br>‣ Skin sensitizer<br>‣ Acute toxicity (harmful) |
|  | Health Hazard | ‣ Carcinogen<br>‣ Reproductive Toxicity<br>‣ Target organ toxicity<br>‣ Mutagenicity<br>‣ Aspiration toxicity<br>‣ (Effects usually occur over time) |
|  | Skull and Crossbones | ‣ Acute toxicity (severe or fatal)<br>‣ (Effects can occur shortly after exposure)<br>‣ (Poisons) |
|  | Corrosive | ‣ Corrosive and damaging to skin and eyes<br>‣ Chemical burns<br>‣ Corrosive and damaging to metals |
|  | Flame | ‣ Flammables<br>‣ Self-reactives<br>‣ Pyrophorics<br>‣ Self-heating<br>‣ Emits Flammable Gas<br>‣ Organic Peroxides |
|  | Gas Cylinder | ‣ Gases under pressure |
|  | Flame Over Circle | ‣ Oxidizing gases, liquids, or solids<br>‣ (perchlorates)<br>‣ (Oxidizers are chemicals that facilitate burning or make fires burn hotter and longer.) |
|  | Exploding Bomb | ‣ Explosives<br>‣ Self-reactives<br>‣ Organic peroxides<br>‣ (especially reactive or shock sensitive) |
|  | Environment | ‣ Aquatic toxicity<br>‣ (not human health) |

Figure 2: Hazard pictograms of the Globally Harmonized System

17. The Erlenmeyer Flask pictogram connotes the following mental constructs: chemistry, chemical, experiment, laboratory. It is a depiction of laboratory glassware. Laboratory glassware, by itself, is not a hazard. It does NOT connote hazard, warning, or danger. Warning pictogram design employs the colors red, yellow, or orange. It also includes a pictogram that connotes either the hazard or the negative consequences of exposure to the hazard. Figure 3 shows the GHS pictogram for "corrosive". This shows laboratory glassware (test tubes), but with a depiction of the negative consequence of corrosion, to indicate the hazard and consequence of the hazard.



Figure 3: GHS Pictogram for Corrosive Hazard

18. The Erlenmeyer Flask pictogram has found other uses in communication icons. In ISO 15223-1, an international standard that specifies the Graphical Symbols for Medical Device Labeling, the Erlenmeyer Flask pictogram is used to convey that a product contains a medical substance (Figure 4). This pictogram use is Consumer Awareness and not Warning.

| | | | | |
|---|---|---|---|---|
|  | **ISO 15223-1**<br><br>Medical devices - Symbols to be used with medical device labels, labelling, and information to be supplied | 5.4.7* | Contains a medicinal substance | Indicates a medical device that contains or incorporates a medicinal substance. |

Figure 4: Excerpt from ISO 15223-1

19. In software, user interfaces, or developer tools (like Visual Studio or experimental browser flags), a flask icon often indicates an "experimental," "beta," or test feature that is still being worked on. On specialized scientific databases (such as the Protein Data Bank), a flask icon specifically denotes an experimentally-determined physical structure rather than a computer-generated model (Fig. 5). Visual Studio uses a beaker or Erlenmeyer flask symbol to badge projects that contain automated tests (such as MSTest, NUnit, or xUnit).




Figure 5: User screen from Protein Data Bank (rcsb.org)

20. In Figure 6, we see a chemical manufacturer's use of the Erlenmeyer Flask in its corporate magazine (DuPont, 1953). In the image, the flask appears to have been included to connote thoughts of innovation, science, the benefit of science to agriculture. It certainly is not an image chosen to convey fear, warning, or alarm.




Figure 6: Dupont corporate magazine cover 1953

## III. CONCLUSION

21. The product labeling requirements of 20.13.2.13 NMAC in no way constitute warning communications to consumers. The requisite elements of an adequate product warning are absent. The simple Erlenmeyer Flask pictogram does not contain elements of a warning pictogram and is not a symbol that is used to convey danger or hazard. These regulatory labeling requirements appear intended to convey simple factual information: that the product contains PFAS chemical(s). A product communication of this nature falls into the realm of consumer awareness messaging.

## IV. CERTIFICATION

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed this 31st day of July, 2026.

By: Deborah E. Dickerson

# Exhibit A

**(Literature Cited)**

1. Dewapriya, P., Chadwick, L., Gorji, S. G., Schulze, B., Valsecchi, S., Samanipour, S., ... & Kaserzon, S. L. (2023). Per-and polyfluoroalkyl substances (PFAS) in consumer products: Current knowledge and research gaps. *Journal of Hazardous Materials Letters*, *4*, 100086.

2. Fujii, Y., Harada, K. H., & Koizumi, A. (2013). Occurrence of perfluorinated carboxylic acids (PFCAs) in personal care products and compounding agents. *Chemosphere*, *93*(3), 538-544.

3. Whitehead, H. D., Venier, M., Wu, Y., Eastman, E., Urbanik, S., Diamond, M. L., ... & Peaslee, G. F. (2021). Fluorinated compounds in North American cosmetics. *Environmental Science & Technology Letters*, *8*(7), 538-544.

4. Janousek, R. M., Lebertz, S., & Knepper, T. P. (2019). Previously unidentified sources of perfluoroalkyl and polyfluoroalkyl substances from building materials and industrial fabrics. *Environmental Science: Processes & Impacts*, *21*(11), 1936-1945.

5. Kemper, J. A., Sharp, E., Yi, S., Leitao, E. M., Padhye, L. P., Kah, M., ... & Gobindlal, K. (2024). Public perceptions of per-and polyfluoroalkyl substances (PFAS): Psycho-demographic characteristics differentiating PFAS knowledge and concern. Journal of Cleaner Production, 442, 140866.

6. Rihn, A., Labbe, N., Rajan, K., Kamboj, G., Jackson, S., Tiller, K., & Jensen, K. (2024). Consumers' perceptions of per-and polyfluoroalkyl substances and bio-based treatments on disposable dinnerware. Journal of Agriculture and Food Research, 18, 101436.
7. Berthold, T. A., McCrary, A., deVilleneuve, S., & Schramm, M. (2023). Let's talk about PFAS: Inconsistent public awareness about PFAS and its sources in the United States. Plos one, 18(11),

8. Hancock, P. A., Kaplan, A. D., MacArthur, K. R., & Szalma, J. L. (2020). How effective are warnings? A meta-analysis. Safety Science, 130, 104876.

9. Mostafa, M. M. (2015). Do Products' Warning Labels Affect Consumer Safe Behavior? A Meta-Analysis of the Empirical Evidence. Journal of Business & Economic Studies, 21.

10. Dyke, A., & Whelan, R. (2014). GE foods labeling cost study findings.

11. Muth, M.K., Ball, M.J., Coglaiti, M.C., & Karns, S.A. 2012. Model to estimate costs of using labeling as a risk reduction strategy for consumer products regulated by the Food and Drug Administration. Contract No. GS-10F-0097L, Task Order 5. Revised final report: Prepared for U.S. Food and Drug Administration, Center for Food Safety and Applied Nutrition. Research Triangle Park, NC: RTI International.

# Exhibit B

**(Previous Testimony by Deposition)**

1. Mary Lynn Baniecki v. Pardis Sabeti, et al., in the Superior Court of the Commonwealth of Massachusetts
2. Plaintiff Steven D. Heaton v. Defendant CWT Savannah Holdings LLC, d/b/a Westin Savannah Harbor Resort and Spa, In the State Court of Chatham County, Georgia
3. Plaintiff Dana Malphus vs. Aulick Chemical Solutions, Inc. UNITED STATES DISTRICT COURT DISTRICT OF SOUTH CAROLINA, FLORENCE DIVISION
4. TERRIAN LATHAM, Plaintiff v.AMAZON.COM SERVICES LLC, Defendant, IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION (Case No. 3:23-cv-24702-TKW-HTC)
5. Plaintiff Michael Smith (administrator of the estate of Saulo Suarez-Bernal, deceased) v. Defendants Messer North America, Inc.,Messer Gas LLC, John Kline, John Doe(s) and John Doe Corporation(s), In the State Court of Gwinnett County, State of Georgia
6. Estate of Elias-Cabrera Plaintiff v. Defendants Messer North America, Inc.,Messer Gas LLC, John Kline, John Doe(s) and John Doe Corporation(s), In the State Court of Gwinnett County, State of Georgia
7. Plaintiff Rachelle Pollard-Fore vs. Defendant Honeywell International Inc., United States District Court, Northern District of Texas, Fort Worth Division (4:23-CV-0501-P)
8. Andrea Huffstetler v. Burkle North America, Inc. and Robert Burkle GmbH d/b/a Burkle Process Technologies and Stiles Machinery, Inc., United States District Court, Western District of Virginia, Danville Division

9. Plaintiff Courtney Mahn vs.Confluence Behavioral Health, LLC, Defendant, Vermont Superior Court, Orange Unit, Civil Division Docket No. 22-CV-03460
10. Plaintiff Estate of Malcolm D. Taylor vs. XPO Logistics Freight Inc, Mark Allen Fisher, Brabham Family Enterprises Inc. d/b/a Reds Rollen Garage, and Joe Doe; Defendants Circuit Court of Kanawha County, West Virginia (Case No. 23-C-490)
11. Plaintiff Martinez-Saldiviar vs. Hypertherm Inc., et al EIGHTH JUDICIAL DISTRICT COURT CLARK COUNTY, NEVADA
12. Plaintiff Mastrostefano vs. Defendant Focus Medical LLC, Commonwealth of Massachusetts Superior Court Department of the Trial Court (Civil Action # 2073CV00710)
13. Plaintiffs Brian and Robin McCully vs. Jenkins Restorations, Frederick 6th Circuit Court, State of Maryland
14. The Estate of Michael Earnheart v. Premier Restorations LLC and Accident Fund Insurance Company of America, Jurisdiction Claim No. VA02000035040, Virginia Workers Compensation Commission
15. Annette Osborne vs. Nova Healthcare Group, LLC; Circuit Court of Scott County at Gate City, Virginia; Civil Action # CL 20000442-00
16. Plaintiff Kelly Anne Thomas v. Defendants CJS Enterprises d/b/a Tuscan Sun Spa and Salon, Sunshine Holding LLC, Cheri J. Satterfield, Steve L. Holbert, Sunlights Balayage Inc, Hair Systems Inc.; In the Circuit Court of Monongalia County, West Virginia

17. Plaintiffs MARK L. SMITH and LYNDA SPENCER-SMITH vs. CAFÉ AT SOUTH STREET, LLC : RICHMOND STREET HOLDINGS, LLC; Case Number: PC-2019-7117
    Filed in Providence/Bristol County Superior Court; In the State of Rhode Island Superior Court
18. Plaintiffs Zamd and Campbell vs. Lambright Pest Control Services UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
19. State of Vermont, Plaintiff vs. 3M Company et al, Defendant; State of Vermont Superior Court, Chittenden Unit (# 547-6-19)
20. Paraquat Products Liability, #3:21-md-3004-NJR, MDL No. 3004 (multiple cases)

# Exhibit C

**(Published Standards for Warning Pictograms)**

Copyright@United Nations, 2017. All rights reserved

ST/SG/AC.10/30/Rev.7

# GLOBALLY HARMONIZED SYSTEM OF CLASSIFICATION AND LABELLING OF CHEMICALS (GHS)

***Seventh revised edition***

**UNITED NATIONS**
**New York and Geneva, 2017**

Copyright@United Nations, 2017. All rights reserved

# ANNEX 1

# CLASSIFICATION AND LABELLING SUMMARY TABLES

Copyright@United Nations, 2017. All rights reserved

# ANNEX 1

## CLASSIFICATION AND LABELLING SUMMARY TABLES

*NOTE: The codification of hazard statements is further explained in Annex 3 (Section 1). The hazard statement codes are intended to be used for reference purposes only. They are not part of the hazard statement text and should not be used to replace it.*

**A1.1** Explosives (see Chapter 2.1 for classification criteria)

| Classification | | Labelling | | | | Hazard statement codes |
|---|---|---|---|---|---|---|
| Hazard class | Hazard category | Pictogram | | Signal word | Hazard statement | |
| | | GHS | UN Model Regulations[a] | | | |
| Explosives | Unstable explosive |  | *(Transport not allowed)* | Danger | Unstable explosive | H200 |
| | Division 1.1 |  |  | | Explosive; mass explosion hazard | H201 |
| | Division 1.2 |  |  | | Explosive; severe projection hazard | H202 |
| | Division 1.3 |  |  | | Explosive; fire, blast or projection hazard | H203 |
| | Division 1.4 |  |  | Warning | Fire or projection hazard | H204 |
| | Division 1.5 | *No pictogram* |  | Danger | May mass explode in fire | H205 |
| | Division 1.6 | *No pictogram* |  | *No signal word* | *No hazard statement* | *None* |

[a] *(*) Place for compatibility group.*

*The pictogram for Divisions 1.1, 1.2 and 1.3 is also assigned to substances which have an explosive subsidiary risk, but without the indication of the division number and the compatibility group (see also "Self-reactive substances and mixtures" and "Organic peroxides").*

Copyright@United Nations, 2017. All rights reserved

**A1.2** Flammable gases (see Chapter 2.2 for classification criteria)

| Classification | | | | Labelling | | | | Hazard statement codes |
|---|---|---|---|---|---|---|---|---|
| Hazard class | Hazard category | | | Pictogram: GHS | Pictogram: UN Model Regulations[a] | Signal word | Hazard statement | |
| Flammable gases | 1A | Flammable gas | | | | Danger | Extremely flammable gas | H220 |
| | | Pyrophoric gas | | | | Danger | Extremely flammable gas<br>May ignite spontaneously if exposed to air | H220<br>H232 |
| | | Chemically unstable gas | A | | | Danger | Extremely flammable gas<br>May react explosively even in the absence of air | H220<br>H230 |
| | | | B | | | Danger | Extremely flammable gas<br>May react explosively even in the absence of air at elevated pressure and/or temperature | H220<br>H231 |
| | 1B | | | | | Danger | Flammable gas | H221 |
| | 2 | | | *No pictogram* | *Not required* | Warning | Flammable gas | H221 |

[a] *Under the UN Recommendations on the Transport of Dangerous Goods, Model Regulations, the symbol, number and border line may be shown in black instead of white. The background colour stays red in both cases.*

**A1.3** Aerosols (see Chapter 2.3 for classification criteria)

| Classification | | Labelling | | | | Hazard statement codes |
|---|---|---|---|---|---|---|
| Hazard class | Hazard category | Pictogram: GHS | Pictogram: UN Model Regulations[a] | Signal word | Hazard statement | |
| Aerosols | 1 | | | Danger | Extremely flammable aerosol<br>Pressurized container: may burst if heated | H222<br>H229 |
| | 2 | | | Warning | Flammable aerosol<br>Pressurized container: may burst if heated | H223<br>H229 |
| | 3 | *No pictogram* | | Warning | Pressurized container: may burst if heated | H229 |

[a] *Under the UN Recommendations on the Transport of Dangerous Goods, Model Regulations, the symbol, number and border line may be shown in black or white. The background colour stays red in the first two cases and green in the third case.*

Copyright@United Nations, 2017. All rights reserved

**A1.4** Oxidizing gases (see Chapter 2.4 for classification criteria)

| Classification | | Labelling | | | | Hazard statement code |
|---|---|---|---|---|---|---|
| Hazard class | Hazard category | Pictogram | | Signal word | Hazard statement | |
| | | GHS | UN Model Regulations | | | |
| Oxidizing gases | 1 |  |  | Danger | May cause or intensify fire; oxidizer | H270 |

**A1.5** Gases under pressure (see Chapter 2.5 for classification criteria)

| Classification | | Labelling | | | | Hazard statement codes |
|---|---|---|---|---|---|---|
| Hazard class | Hazard category | Pictogram | | Signal word | Hazard statement | |
| | | GHS | UN Model Regulations[a] | | | |
| Gases under pressure | Compressed gas |  |  | Warning | Contains gas under pressure; may explode if heated | H280 |
| | Liquefied gas |  |  | Warning | Contains gas under pressure; may explode if heated | H280 |
| | Refrigerated liquefied gas |  |  | Warning | Contains refrigerated gas; may cause cryogenic burns or injury | H281 |
| | Dissolved gas |  |  | Warning | Contains gas under pressure; may explode if heated | H280 |

[a] *Under the UN Recommendations on the Transport of Dangerous Goods, Model Regulations, the symbol, number and border line may be shown in white instead of black. The background colour stays green in both cases. This pictogram is not required for toxic or flammable gases (see also note "a" to tables A1.18 and A1.2).*

Copyright@United Nations, 2017. All rights reserved

**A1.6 Flammable liquids** (see Chapter 2.6 for classification criteria)

| Classification | | Labelling | | | | Hazard statement codes |
|---|---|---|---|---|---|---|
| Hazard class | Hazard category | Pictogram: GHS | Pictogram: UN Model Regulations[a] | Signal word | Hazard statement | |
| Flammable liquids | 1 |  |  | Danger | Extremely flammable liquid and vapour | H224 |
| | 2 |  |  | Danger | Highly flammable liquid and vapour | H225 |
| | 3 |  |  | Warning | Flammable liquid and vapour | H226 |
| | 4 | *No pictogram* | *Not required* | Warning | Combustible liquid | H227 |

[a] *Under the UN Recommendations on the Transport of Dangerous Goods, Model Regulations, the symbol, number and border line may be shown in black instead of white. The background colour stays red in both cases.*

**A1.7 Flammable solids** (see Chapter 2.7 for classification criteria)

| Classification | | Labelling | | | | Hazard statement codes |
|---|---|---|---|---|---|---|
| Hazard class | Hazard category | Pictogram: GHS | Pictogram: UN Model Regulations | Signal word | Hazard statement | |
| Flammable solids | 1 |  |  | Danger | Flammable solid | H228 |
| | 2 |  |  | Warning | Flammable solid | H228 |

Copyright@United Nations, 2017. All rights reserved

**A1.8** **Self-reactive substances and mixtures** (see Chapter 2.8 for classification criteria)

| Classification | | Labelling | | | | Hazard statement codes |
|---|---|---|---|---|---|---|
| **Hazard class** | **Hazard category** | **Pictogram** GHS | **Pictogram** UN Model Regulations[a] | **Signal word** | **Hazard statement** | |
| **Self-reactive substances and mixtures** | **Type A** |  | *(Transport may not be allowed)*[b] | **Danger** | Heating may cause an explosion | H240 |
| | **Type B** |   |   | **Danger** | Heating may cause a fire or explosion | H241 |
| | **Types C and D** |  |  | **Danger** | Heating may cause a fire | H242 |
| | **Types E and F** |  |  | **Warning** | Heating may cause a fire | H242 |
| | **Type G** | *No pictogram* | *Not required* | *No signal word* | *No hazard statement* | *None* |

[a] *For Type B, under the UN Recommendations on the Transport of Dangerous Goods, Model Regulations, special provision 181 may apply (Exemption of explosive label with competent authority approval. See Chapter 3.3 of the UN Model Regulations for more details).*

[b] *May not be acceptable for transport in the packaging in which it is tested (See Chapter 2.5, par. 2.5.3.2.2 of the UN Model Regulations).*

**A1.9** **Pyrophoric liquids** (see Chapter 2.9 for classification criteria)

| Classification | | Labelling | | | | Hazard statement code |
|---|---|---|---|---|---|---|
| **Hazard class** | **Hazard category** | **Pictogram** GHS | **Pictogram** UN Model Regulations | **Signal word** | **Hazard statement** | |
| **Pyrophoric liquids** | **1** |  |  | **Danger** | Catches fire spontaneously if exposed to air | H250 |

Copyright@United Nations, 2017. All rights reserved

**A1.10** Pyrophoric solids (see Chapter 2.10 for classification criteria)

| Classification | | Labelling | | | | Hazard statement code |
|---|---|---|---|---|---|---|
| Hazard class | Hazard category | Pictogram | | Signal word | Hazard statement | |
| | | GHS | UN Model Regulations | | | |
| Pyrophoric solids | 1 |  |  | Danger | Catches fire spontaneously if exposed to air | H250 |

**A1.11** Self-heating substances and mixtures (see Chapter 2.11 for classification criteria)

| Classification | | Labelling | | | | Hazard statement codes |
|---|---|---|---|---|---|---|
| Hazard class | Hazard category | Pictogram | | Signal word | Hazard statement | |
| | | GHS | UN Model Regulations | | | |
| Self-heating substances and mixtures | 1 |  |  | Danger | Self-heating; may catch fire | H251 |
| | 2 |  |  | Warning | Self-heating in large quantities; may catch fire | H252 |

**A1.12** Substances and mixtures, which in contact with water, emit flammable gases (see Chapter 2.12 for classification criteria)

| Classification | | Labelling | | | | Hazard statement codes |
|---|---|---|---|---|---|---|
| Hazard class | Hazard category | Pictogram | | Signal word | Hazard statement | |
| | | GHS | UN Model Regulations[a] | | | |
| Substances and mixtures, which in contact with water, emit flammable gases | 1 |  |  | Danger | In contact with water releases flammable gases which may ignite spontaneously | H260 |
| | 2 |  |  | Danger | In contact with water releases flammable gases | H261 |
| | 3 |  |  | Warning | In contact with water releases flammable gases | H261 |

[a] *Under the UN Recommendations on the Transport of Dangerous Goods, Model Regulations, the symbol, number and border line may be shown in black instead of white. The background colour stays blue in both cases.*

Copyright@United Nations, 2017. All rights reserved

**A1.13 Oxidizing liquids** (see Chapter 2.13 for classification criteria)

| Classification | | Labelling | | | | Hazard statement codes |
|---|---|---|---|---|---|---|
| Hazard class | Hazard category | Pictogram: GHS | Pictogram: UN Model Regulations | Signal word | Hazard statement | |
| Oxidizing liquids | 1 |  |  | Danger | May cause fire or explosion; strong oxidizer | H271 |
| | 2 |  |  | Danger | May intensify fire; oxidizer | H272 |
| | 3 |  |  | Warning | May intensify fire; oxidizer | H272 |

**A1.14 Oxidizing solids** (see Chapter 2.14 for classification criteria)

| Classification | | Labelling | | | | Hazard statement codes |
|---|---|---|---|---|---|---|
| Hazard class | Hazard category | Pictogram: GHS | Pictogram: UN Model Regulations | Signal word | Hazard statement | |
| Oxidizing solids | 1 |  |  | Danger | May cause fire or explosion; strong oxidizer | H271 |
| | 2 |  |  | Danger | May intensify fire; oxidizer | H272 |
| | 3 |  |  | Warning | May intensify fire; oxidizer | H272 |

Copyright@United Nations, 2017. All rights reserved

**A1.15 Organic peroxides** (see Chapter 2.15 for classification criteria)

| Classification | | Labelling | | | | Hazard statement codes |
|---|---|---|---|---|---|---|
| Hazard class | Hazard category | Pictogram: GHS | Pictogram: UN Model Regulations[a] | Signal word | Hazard statement | |
| Organic peroxides | Type A |  | *(Transport may not be allowed)*[b] | Danger | Heating may cause an explosion | H240 |
| | Type B |   |   | Danger | Heating may cause a fire or explosion | H241 |
| | Types C and D |  |  | Danger | Heating may cause a fire | H242 |
| | Types E and F |  |  | Warning | Heating may cause a fire | H242 |
| | Type G | *No pictogram* | *Not required* | *No signal word* | *No hazard statement* | *None* |

[a] *For Type B, under the UN Recommendations on the Transport of Dangerous Goods, Model Regulations, special provision 181 may apply (Exemption of explosive label with competent authority approval. See Chapter 3.3 of UN Model Regulations for more details).*

[b] *May not be acceptable for transport in the packaging in which it is tested (See Chapter 2.5, par. 2.5.3.2.2 of the UN Model Regulations).*

**A1.16 Corrosive to metals** (see Chapter 2.16 for classification criteria)

| Classification | | Labelling | | | | Hazard statement code |
|---|---|---|---|---|---|---|
| Hazard class | Hazard category | Pictogram: GHS | Pictogram: UN Model Regulations | Signal word | Hazard statement | |
| Corrosive to metals | 1 |  |  | Warning | May be corrosive to metals | H290 |

Copyright@United Nations, 2017. All rights reserved

**A1.17 Desensitized explosives** (see Chapter 2.17 for classification criteria)

| Classification | | Labelling | | | | Hazard statement codes |
|---|---|---|---|---|---|---|
| | | Pictogram | | | | |
| **Hazard class** | **Hazard category** | **GHS** | **UN Model Regulations**[a] | **Signal word** | **Hazard statement** | |
| **Desensitized explosives** | **1** |  | *Not applicable* | **Danger** | Fire, blast projection hazard; increased risk of explosion if desensitizing agent is reduced | H206 |
| | **2** |  | *Not applicable* | **Danger** | Fire or projection hazard; increased risk of explosion if desensitizing agent is reduced | H207 |
| | **3** |  | *Not applicable* | **Warning** | Fire or projection hazard; increased risk of explosion if desensitizing agent is reduced | H207 |
| | **4** |  | *Not applicable* | **Warning** | Fire hazard; increased risk of explosion if desensitizing agent is reduced | H208 |

[a] *Classification and labelling of desensitized explosives are addressed in transport regulations in a different way. In transport, solid desensitized explosives are classified in Division 4.1 (flammable solids) and shall bear a Division 4.1 label (see Chapter 2.4, section 2.4.2.4 of the UN Recommendations on the Transport of Dangerous Goods, Model Regulations). Liquid desensitized explosives are classified in Class 3 (flammable liquids) for transport purposes and shall bear a Class 3 label (see, Chapter 2.3, section 2.3.1.4 of the Model Regulations).*

Copyright@United Nations, 2017. All rights reserved

A1.18 Acute toxicity (see Chapter 3.1 for classification criteria)

| Classification: Hazard class | Classification: Hazard category | | Labelling: Pictogram GHS | Labelling: Pictogram UN Model Regulations[a] | Labelling: Signal word | Labelling: Hazard statement | Hazard statement codes |
|---|---|---|---|---|---|---|---|
| Acute toxicity | 1 | Oral |  |  | Danger | Fatal if swallowed | H300 |
| | | Dermal | | | | Fatal in contact with skin | H310 |
| | | Inhalation | | | | Fatal if inhaled | H330 |
| | 2 | Oral |  |  | Danger | Fatal if swallowed | H300 |
| | | Dermal | | | | Fatal in contact with skin | H310 |
| | | Inhalation | | | | Fatal if inhaled | H330 |
| | 3 | Oral |  |  | Danger | Toxic if swallowed | H301 |
| | | Dermal | | | | Toxic in contact with skin | H311 |
| | | Inhalation | | | | Toxic if inhaled | H331 |
| | 4 | Oral |  | *Not required* | Warning | Harmful if swallowed | H302 |
| | | Dermal | | | | Harmful in contact with skin | H312 |
| | | Inhalation | | | | Harmful if inhaled | H332 |
| | 5 | Oral | *No pictogram* | *Not required* | Warning | May be harmful if swallowed | H303 |
| | | Dermal | | | | May be harmful in contact with skin | H313 |
| | | Inhalation | | | | May be harmful if inhaled | H333 |

[a] *For gases, under the UN Recommendations on the Transport of Dangerous Goods, Model Regulations, replace the number "6" in the bottom corner of the pictogram by "2".*

A1.19 Skin corrosion/irritation (see Chapter 3.2 for classification criteria)

| Classification: Hazard class | Classification: Hazard category | Labelling: Pictogram GHS | Labelling: Pictogram UN Model Regulations | Labelling: Signal word | Labelling: Hazard statement | Hazard statement codes |
|---|---|---|---|---|---|---|
| Skin corrosion/irritation | 1 |  |  | Danger | Causes severe skin burns and eye damage | H314 |
| | 2 |  | *Not required* | Warning | Causes skin irritation | H315 |
| | 3[a] | *No pictogram* | *Not required* | Warning | Causes mild skin irritation | H316 |

[a] *Applies to some authorities.*

Copyright@United Nations, 2017. All rights reserved

**A1.20** **Serious eye damage/eye irritation** (see Chapter 3.3 for classification criteria)

| Classification | | Labelling | | | | Hazard statement codes |
|---|---|---|---|---|---|---|
| Hazard class | Hazard category | Pictogram: GHS | Pictogram: UN Model Regulations | Signal word | Hazard statement | |
| Serious eye damage/eye irritation | 1 |  | *Not required* | Danger | Causes serious eye damage | H318 |
| | 2/2A |  | *Not required* | Warning | Causes serious eye irritation | H319 |
| | 2B | *No pictogram* | *Not required* | Warning | Causes eye irritation | H320 |

**A1.21** **Respiratory sensitizer** (see Chapter 3.4 for classification criteria)

| Classification | | Labelling | | | | Hazard statement codes |
|---|---|---|---|---|---|---|
| Hazard class | Hazard category | Pictogram: GHS | Pictogram: UN Model Regulations | Signal word | Hazard statement | |
| Respiratory sensitization | 1 |  | *Not required* | Danger | May cause allergy or asthma symptoms or breathing difficulties if inhaled | H334 |
| | 1A[a] |  | *Not required* | Danger | May cause allergy or asthma symptoms or breathing difficulties if inhaled | H334 |
| | 1B[a] |  | *Not required* | Danger | May cause allergy or asthma symptoms or breathing difficulties if inhaled | H334 |

[a] *Sub-categories may be applied where data are sufficient and where required by a competent authority.*

Copyright@United Nations, 2017. All rights reserved

**A1.22** Skin sensitizer (see Chapter 3.4 for classification criteria)

| Classification | | Labelling | | | | Hazard statement codes |
|---|---|---|---|---|---|---|
| Hazard class | Hazard category | Pictogram GHS | Pictogram UN Model Regulations | Signal word | Hazard statement | |
| Skin sensitization | 1 | | *Not required* | Warning | May cause an allergic skin reaction | H317 |
| | 1A[a] | | *Not required* | Warning | May cause an allergic skin reaction | H317 |
| | 1B[a] | | *Not required* | Warning | May cause an allergic skin reaction | H317 |

[a] *Sub-categories may be applied where data are sufficient and where required by a competent authority.*

**A1.23** Germ cell mutagenicity (see Chapter 3.5 for classification criteria)

| Classification | | Labelling | | | | Hazard statement codes |
|---|---|---|---|---|---|---|
| Hazard class | Hazard category | Pictogram GHS | Pictogram UN Model Regulations | Signal word | Hazard statement | |
| Germ cell mutagenicity | 1 (both 1A and 1B) | | *Not required* | Danger | May cause genetic defects *(state route of exposure if it is conclusively proven that no other routes of exposure cause the hazard)* | H340 |
| | 2 | | *Not required* | Warning | Suspected of causing genetic defects *(state route of exposure if it is conclusively proven that no other routes of exposure cause the hazard)* | H341 |

**A1.24** Carcinogenicity (see Chapter 3.6 for classification criteria)

| Classification | | Labelling | | | | Hazard statement codes |
|---|---|---|---|---|---|---|
| Hazard class | Hazard category | Pictogram GHS | Pictogram UN Model Regulations | Signal word | Hazard statement | |
| Carcinogenicity | 1 (both 1A and 1B) | | *Not required* | Danger | May cause cancer *(state route of exposure if it is conclusively proven that no other routes of exposure cause the hazard)* | H350 |
| | 2 | | *Not required* | Warning | Suspected of causing cancer *(state route of exposure if it is conclusively proven that no other routes of exposure cause the hazard)* | H351 |

Copyright@United Nations, 2017. All rights reserved

**A1.25** **Toxic to reproduction** (see Chapter 3.7 for classification criteria)

| Classification | | Labelling | | | | Hazard statement codes |
|---|---|---|---|---|---|---|
| **Hazard class** | **Hazard category** | **Pictogram: GHS** | **Pictogram: UN Model Regulations** | **Signal word** | **Hazard statement** | |
| **Reproductive toxicity** | **1 (both 1A and 1B)** |  | *Not required* | **Danger** | May damage fertility or the unborn child *(state specific effect if known) (state route of exposure if it is conclusively proven that no other routes of exposure cause the hazard)* | H360 |
| | **2** |  | *Not required* | **Warning** | Suspected of damaging fertility or the unborn child *(state specific effect if known) (state route of exposure if it is conclusively proven that no other routes of exposure cause the hazard)* | H361 |
| | **Additional category for effects on or via lactation** | *No pictogram* | *Not required* | *No signal word* | May cause harm to breast-fed children | H362 |

**A1.26** **Specific target organ toxicity following single exposure** (see Chapter 3.8 for classification criteria)

| Classification | | Labelling | | | | Hazard statement codes |
|---|---|---|---|---|---|---|
| **Hazard class** | **Hazard category** | **Pictogram: GHS** | **Pictogram: UN Model Regulations** | **Signal word** | **Hazard statement** | |
| **Specific target organ toxicity – single exposure** | **1** |  | *Not required* | **Danger** | Causes damage to organs *(or state all organs affected, if known) (state route of exposure if it is conclusively proven that no other routes of exposure cause the hazard)* | H370 |
| | **2** |  | *Not required* | **Warning** | May cause damage to organs *(or state all organs affected, if known) (state route of exposure if it is conclusively proven that no other routes of exposure cause the hazard)* | H371 |
| | **3** |  | *Not required* | **Warning** | May cause respiratory irritation *or* May cause drowsiness or dizziness | H335 H336 |

Copyright@United Nations, 2017. All rights reserved

**A1.27 Specific target organ toxicity following repeated exposure** (see Chapter 3.9 for classification criteria)

| Classification | | Labelling | | | | Hazard statement codes |
|---|---|---|---|---|---|---|
| Hazard class | Hazard category | Pictogram: GHS | Pictogram: UN Model Regulations | Signal word | Hazard statement | |
| Specific target organ toxicity – repeated exposure | 1 | | *Not required* | Danger | Causes damage to organs *(state all organs affected, if known)* through prolonged or repeated exposure *(state route of exposure if it is conclusively proven that no other routes of exposure cause the hazard)* | H372 |
| | 2 | | *Not required* | Warning | May cause damage to organs *(state all organs affected, if known)* through prolonged or repeated exposure*(state route of exposure if it is conclusively proven that no other routes of exposure cause the hazard)* | H373 |

**A1.28 Aspiration hazard** (See chapter 3.10 for classification criteria)

| Classification | | Labelling | | | | Hazard statement codes |
|---|---|---|---|---|---|---|
| Hazard class | Hazard category | Pictogram: GHS | Pictogram: UN Model Regulations | Signal word | Hazard statement | |
| Aspiration hazard | 1 | | *Not required* | Danger | May be fatal if swallowed and enters airways | H304 |
| | 2 | | *Not required* | Warning | May be harmful if swallowed and enters airways | H305 |

**A1.29 (a) Hazardous to the aquatic environment, short-term (acute)** (see Chapter 4.1 for classification criteria)

| Classification | | Labelling | | | | Hazard statement codes |
|---|---|---|---|---|---|---|
| Hazard class | Hazard category | Pictogram: GHS | Pictogram: UN Model Regulations[a] | Signal word | Hazard statement | |
| Hazardous to the aquatic environment, short-term (Acute) | Acute 1 | | | Warning | Very toxic to aquatic life | H400 |
| | Acute 2 | *No pictogram* | *Not required* | *No signal word* | Toxic to aquatic life | H401 |
| | Acute 3 | *No pictogram* | *Not required* | *No signal word* | Harmful to aquatic life | H402 |

[a] *For Category 1, under the UN Recommendations on the Transport of Dangerous Goods, Model Regulations, the pictogram is not required if the substance presents any other hazards covered by UN Model Regulations. If no other hazard is presented, this pictogram is required as a mark in addition to the UN Model Regulations Class 9 label.*

Copyright@United Nations, 2017. All rights reserved

**A1.29 (b) Hazardous to the aquatic environment, long-term (chronic)** (see Chapter 4.1 for classification criteria)

| Classification | | Labelling | | | | Hazard statement codes |
|---|---|---|---|---|---|---|
| **Hazard class** | **Hazard category** | **Pictogram** | | **Signal word** | **Hazard statement** | |
| | | **GHS** | **UN Model Regulations**[a] | | | |
| **Hazardous to the aquatic environment, long-term (Chronic)** | **Chronic 1** |  |  | **Warning** | Very toxic to aquatic life with long lasting effects | H410 |
| | **Chronic 2** |  |  | *No signal word* | Toxic to aquatic life with long lasting effects | H411 |
| | **Chronic 3** | *No pictogram* | *Not required* | *No signal word* | Harmful to aquatic life with long lasting effects | H412 |
| | **Chronic 4** | *No pictogram* | *Not required* | *No signal word* | May cause long lasting harmful effects to aquatic life | H413 |

[a] *For categories 1 and 2, under the UN Recommendations on the Transport of Dangerous Goods, Model Regulations, the pictogram is not required if the substance presents any other hazards covered by UN Model Regulations. If no other hazard is presented, this pictogram is required as a mark in addition to the UN Model Regulations Class 9 label.*

**A1.30 Hazard to the ozone layer** (see Chapter 4.2 for classification criteria)

| Classification | | Labelling | | | | Hazard statement code |
|---|---|---|---|---|---|---|
| **Hazard class** | **Hazard category** | **Pictogram** | | **Signal word** | **Hazard statement** | |
| | | **GHS** | **UN Model Regulations** | | | |
| **Hazardous to the ozone layer** | **1** |  | *Not required* | **Warning** | Harms public health and the environment by destroying ozone in the upper atmosphere | H420 |

NFPA®

# 704

## Standard System for the Identification of the Hazards of Materials for Emergency Response

2022

NFPA®


HEALTH HAZARD
4 Deadly
3 Extreme danger
2 Hazardous
1 Slightly hazardous
0 Normal material
FIRE HAZARD
Flash Points
4 Below 73˚F (boiling pt. below 100˚F).
3 Below 73˚F (boiling pt. at/above 100˚F) and/or at/above 73˚F - not exceeding 100˚F.
2 Above 100˚F, not exceeding 200˚F.
1 Above 200˚F.
0 Will not burn.
SPECIFIC HAZARD
Oxidizer OX
Acid ACID
Alkali ALK
Corrosive COR
Use NO WATER W
Radioactive
INSTABILITY
4 May detonate
3 Shock and heat may detonate
2 Violent chemical change
1 Unstable if heated
0 Stable

| | | |
|---|---|---|
| **OXY**<br>Oxidizer; Allows other chemicals to burn without an air supply. | **OX**<br>Oxidizer; Allows other chemicals to burn without an air supply. | **SA**<br>Simple asphyxiant. |
| <br>Reacts violently with water. | <br>Radioactive | **RAD**<br>Radioactive |
| **RA**<br>Radioactive | <br>Poisonous | **POI**<br>Poisonous |
| <br>Biological Hazard | **BIO**<br>Biological Hazard | **COR**<br>Corrosive; strong acid or alkaline (base). |



Biological Hazard

**BIO**

Biological Hazard

**COR**

Corrosive; strong acid or alkaline (base).

**ACID**

Strong Acid

**ALK**

Strong Alkaline (base)

**CRYO**

Cryogenic

**CYL**

Cryogenic

INTERNATIONAL STANDARD

**ISO 7010**

Second edition
2011-06-01

# Graphical symbols — Safety colours and safety signs — Registered safety signs

*Symboles graphiques — Couleurs de sécurité et signaux de sécurité — Signaux de sécurité enregistrés*

Reference number
ISO 7010:2011(E)

© ISO 2011

**Table 2 — Summary of all safety signs**

| Safety sign, reference number and referent | Category | | | | |
|---|---|---|---|---|---|
| | E | F | M | P | W |
| | Evacuation route, location of safety equipment or safety facility, safety action (safe condition signs) | Fire equipment signs | Mandatory action signs | Prohibition signs | Warning signs |
| Safety sign |  |  |  |  |  |
| Reference number | E001 | F001 | M001 | P001 | W001 |
| Referent | Emergency exit (left hand) | Fire extinguisher | General mandatory action sign | General prohibition sign | General warning sign |
| Safety sign |  |  |  |  |  |
| Reference number | E002 | F002 | M002 | P002 | W002 |
| Referent | Emergency exit (right hand) | Fire hose reel | Refer to instruction manual/booklet | No smoking | Warning; Explosive material |
| Safety sign |  |  |  |  |  |
| Reference number | E003 | F003 | M003 | P003 | W003 |
| Referent | First aid | Fire ladder | Wear ear protection | No open flame; Fire, open ignition source and smoking prohibited | Warning; Radioactive material or ionizing radiation |
| Safety sign |  |  |  |  |  |
| Reference number | E004 | F004 | M004 | P004 | W004 |
| Referent | Emergency telephone | Collection of firefighting equipment | Wear eye protection | No thoroughfare | Warning; Laser beam |
| Safety sign | withdrawn |  |  |  |  |
| Reference number | E005 | F005 | M005 | P005 | W005 |
| Referent | Direction, arrow (90° increments), safe condition | Fire alarm call point | Connect an earth terminal to the ground | Not drinking water | Warning; Non-ionizing radiation |

iTeh STANDARD PREVIEW
(standards.iteh.ai)

© ISO 2011 – All rights reserved

Table 2 (*continued*)

| Safety sign, reference number and referent | Category | | | | |
|---|---|---|---|---|---|
| | E | F | M | P | W |
| | Evacuation route, location of safety equipment or safety facility, safety action (safe condition signs) | Fire equipment signs | Mandatory action signs | Prohibition signs | Warning signs |
| Safety sign | withdrawn |  |  |  |  |
| Reference number | E006 | F006 | M006 | P006 | W006 |
| Referent | Direction, 45° arrow (90° increments), safe condition | Fire emergency telephone | Disconnect mains plug from electrical outlet | No access for forklift trucks and other industrial vehicles | Warning; Magnetic field |
| Safety sign |  | — |  |  |  |
| Reference number | E007 | — | M007 | P007 | W007 |
| Referent | Evacuation assembly point | — | Opaque eye protection must be worn | No access for people with active implanted cardiac devices | Warning; Floor-level obstacle |
| Safety sign |  | — |  |  |  |
| Reference number | E008 | — | M008 | P008 | W008 |
| Referent | Break to obtain access | — | Wear safety footwear | No metallic articles or watches | Warning; Drop (fall) |
| Safety sign |  | — |  | In the process |  |
| Reference number | E009 | — | M009 | — | W009 |
| Referent | Doctor | — | Wear protective gloves | — | Warning; Biological hazard |
| Safety sign |  | — |  |  |  |
| Reference number | E010 | — | M010 | P010 | W010 |
| Referent | Automated external heart defibrillator | — | Wear protective clothing | Do not touch | Warning; Low temperature/ freezing conditions |

iTeh STANDARD PREVIEW
(standards.iteh.ai)
ISO 7010:2011
https://standards.iteh.ai/catalog/standards/sist/...
3b43ae795e71/iso-7010-2011

 © ISO 2011 – All rights reserved

Table 2 (*continued*)

| Safety sign, reference number and referent | Category | | | | |
|---|---|---|---|---|---|
| | E | F | M | P | W |
| | Evacuation route, location of safety equipment or safety facility, safety action (safe condition signs) | Fire equipment signs | Mandatory action signs | Prohibition signs | Warning signs |
| Safety sign |  | — |  |  |  |
| Reference number | E011 | — | M011 | P011 | W011 |
| Referent | Eyewash station | — | Wash your hands | Do not extinguish with water | Warning; Slippery surface |
| Safety sign |  | — |  |  |  |
| Reference number | E012 | — | M012 | P012 | W012 |
| Referent | Safety shower | — | Use handrail | No heavy load | Warning; Electricity |
| Safety sign |  | — |  |  |  |
| Reference number | E013 | — | M013 | P013 | W013 |
| Referent | Stretcher | — | Wear a face shield | No activated mobile phones | Warning; Guard dog |
| Safety sign | In the process | — |  |  |  |
| Reference number | — | — | M014 | P014 | W014 |
| Referent | — | — | Wear head protection | No access for people with metallic implants | Warning; Forklift trucks and other industrial vehicles |
| Safety sign | In the process | — |  |  |  |
| Reference number | — | — | M015 | P015 | W015 |
| Referent | — | — | Wear high-visibility clothing | No reaching in | Warning; Overhead load |

iTeh STANDARD PREVIEW
(standards.iteh.ai)
ISO 7010:2011
https://standards.iteh.ai/catalog/standards/sist/...
3b43ae795e75/iso-7010-2011

© ISO 2011 – All rights reserved 

# Exhibit D

**(Curriculum Vita)**

# Deborah E. Dickerson, PhD CIH CSP

Associate Professor: Human Factors and Safety Engineering
Director: Product and System Safety Laboratory

Virginia Tech
544 Whittemore Hall, Blacksburg, VA 24061
540-449-2068
debdickerson@vt.edu
https://www.dickersonresearchgroup.com/

## Education

**Doctor of Philosophy** (2007)
Virginia Tech, Industrial and Systems Engineering (Human Factors Engineering)

**Master of Science** (2006)
Virginia Tech, Industrial and Systems Engineering (Human Factors Engineering)

**Master of Science** (1999)
North Carolina State University, Biological Sciences

**Bachelor of Science** (1996)
Virginia Tech, Biological Sciences

## Certifications

**Certified Industrial Hygienist (CIH)** 2001 - present
Comprehensive Practice 8234CP; American Board of Industrial Hygiene

**Certified Safety Professional (CSP)** 2003 - present
Comprehensive Practice 17546; Board of Certified Safety Professionals

**Certified Hazardous Materials Manager (CHMM)** 2003 - 2021
Master Level 12240; The Institute of Hazardous Materials Management

**Asbestos Management Planner** 1996 – 2006
Virginia Department of Professional and Occupational Regulation, 18VAC15-20

## Research Interests
Control of risks in technology, work, system, and product design

## Expertise Summary

Over 30 years of professional and academic experience in product safety, system safety, industrial hygiene, hazardous materials management, and hazard control.
Expertise in: product design and safety; design of product warnings and labels; human - technology interaction; chemical exposure risks, analysis, and health outcomes; industrial system design, safety, and training.

## Professional Experience

**Associate Professor (June 2015 – present)**
Virginia Tech, Grado Department of Industrial and Systems Engineering
Developing research, scholarship, and educational programs emphasizing human-technology interaction and risks.

**Director (July 2018 – present)**
Product and System Safety Laboratory, Virginia Tech
Leading research on safe design of products, systems, and warnings.

**President (June 2014 – present)**
Dickerson Consulting LLC
Providing consultation, design, training, and expert witness services in the areas of product and system safety, industrial hygiene, occupational safety, accident prevention. Expert witness services for plaintiff and defense in industrial accident, chemical release, and product design cases in federal and state jurisdictions.

**Assistant Professor (August 2007 – June 2015)**
Virginia Tech, Via Department of Civil and Environmental Engineering
Developed research, scholarship and educational programs emphasizing control of hazards arising from the built environment and inherent to construction processes.

**Director (1996-2006)**
Environmental, Health & Safety Services, Virginia Tech
Led operation, including staff of 26 and combined budgets of 3.4 million. Responsible for environmental and occupational compliance services for the more than 10,000 employees of this major land-grant university. Managed the following programs: chemical hygiene and laboratory safety, hazardous chemical waste management, asbestos and lead management, chemical health hazards, industrial ventilation, non-ionizing radiation, laboratory safety, infection control, hearing conservation, pulmonary function testing, respiratory protection, asbestos and lead, and medical surveillance. Managed annual operating budget of 1.1 million.

**Adjunct Instructor (1999–2006)**
Industrial & Systems Engineering, Virginia Tech
Developed new curricula and taught coursework in industrial hygiene and occupational safety. Served as faculty advisor for student section of American Society of Safety Engineers.

## Teaching Experience

**Courses Taught**

| | |
|---|---|
| Product Safety: Design, Warnings, Liability | 2023 – present |
| System Safety Analysis | 2022 – present |
| Principles of Industrial Hygiene | 1999 – present |
| Risk and Hazard Control | 2019 – present |
| Introduction to Human Factors Engineering | 2019 – 2022 |
| Occupational Safety | 2000 - 2006 |
| Prevention through Design | 2008 - 2014 |
| Building Technology System Design | 2008 - 2010 |
| Indoor Environmental Quality and Sustainable Facilities | 2009 - 2011 |
| Construction Health and Safety | 2017 – 2018 |
| Building HVAC Design | 2009 - 2011 |

## Publications

### Book chapters

1. Dickerson, D.E. (2026) Material Substitution: Design for Reducing Health Hazards. *Chapter in: Design for Occupational Safety and Health in Construction: A Handbook*. Taylor and Francis, CRC Press. Boca Raton, FL. Manu, P, editor.

2. Dickerson, D.E. (2026) Risk Analysis at the Design Stage of Construction Projects, *Chapter in: Design for Occupational Safety and Health in Construction: A Handbook*. Taylor and Francis, CRC Press. Boca Raton, FL. Manu, P, editor.

3. Dickerson, D.E. (2026) Human Factors Considerations in Artificial Intelligence for Construction. *Chapter in: AI, Robotics, and Automation in Construction.* Springer Publishing, Princeton, NJ, Jebelli, H. editor.

4. Young-Corbett, DE. (2013). Prevention through Design: Eliminating Occupational and Environmental Risk through Design of Equipment, Work, and Systems. *Chapter in: The* Handbook of Industrial and Systems Engineering, 2nd Edition. Taylor and Francis, CRC Press. Boca Raton, FL. Badiru, AB, editor.

### Papers in refereed journals

1. Dickerson, D. E., & Goldberg, A. J. (2025). Silica exposure controls usage in masonry and concrete trades: before and after enactment of the OSHA Silica Construction Rule (1926.1153). *Annals of Work Exposures and Health*, *69*(3), 273-283.

2. Dickerson, D. E. (2024). Construction health hazard control innovations: A web-based intervention to change perceptions. *International Journal of Construction Education and Research*, *20*(3), 243-262.

3. Ghosh, S., Dickerson, D. E., & Mills, T. (2019). Effect of the Last Planner System® on Social Interactions among Project Participants. *International Journal of Construction Education and Research*, 1-18.

4. Kim, S., Nussbaum, M. A., Schoenfisch, A. L., Barrett, S. M., Bolding, M. C., & Dickerson, D. E. (2017). Occupational Safety and Health Concerns in Logging: A Cross-Sectional Assessment in Virginia. *Forests*, *8*(11), 440.

5. Weidman, J. E., Dickerson, D. E., & Koebel, C. T. (2016). Technology Champions: A Theory-Based Intervention to Improve Adoption of Occupational Safety Innovations. *International Journal of Construction Education and Research*, *12*(3), 193-207.
6. Dickerson, D. E., & Ackerman, P. J. (2016). Risk-based maintenance management of US public school facilities. *Procedia Engineering*, *145*, 685-692.

7. Weidman, J., Dickerson, D. E., & Koebel, C. T. (2016). Effective intervention strategy to improve worker readiness to adopt ventilated tools. *Journal of Construction Engineering and Management*, *142*(8), 04016028.

8. Dickerson, D. E. (2016). Environmental relative burden index: a streamlined life cycle assessment method for facilities pollution prevention. *Journal of Green Building*, *11*(1), 95-107.

10. Weidman, J., Dickerson, D. E., & Koebel, C. T. (2015). Intervention to improve purchasing decision-maker perceptions of ventilated tools. *Journal of Construction Engineering and Management*, *141*(6), 04015007.

11. Weidman, J., Dickerson, D. E., & Koebel, C. T. (2015). Prevention through design adoption readiness model (PtD ARM): An integrated conceptual model. *Work*, *52*(4), 865-876.

12. Ghosh, S., & Dickerson, D. (2015). Modified interaction process analysis as a macroergonomic method of analyzing communication patterns in construction. *IIE Transactions on Occupational Ergonomics and Human Factors*, *3*(1), 45-57.

13. Weidman, J., Dickerson, D., & Koebel, C. T. (2015). Prevention through Design: A Macroergonomic Conceptual Approach to Risk Reduction. *IIE Transactions on Occupational Ergonomics and Human Factors*, *3*(1), 24-36.

14. Young-Corbett. (2014). Prevention through Design (PtD): Health Hazards in Asphalt Roofing. *Journal of Construction Engineering and Management.* 140(9): September 2014.

15. Bhattacharjee, S., Ghosh, S*., Young-Corbett, D., Fiori, C. (2013). Comparison of Industry Expectations and Student Perceptions of Knowledge and Skills Required for Construction Career Success. *International Journal of Construction Education and Research* 9(1):19-38.

16. Popov, G, Blunt, LA, McGlothlin, G, Young-Corbett, D, Zey, JN, Heckel, P, (2013). Integrating Prevention through Design in Undergraduate Curricula. *Professional Safety: Journal of the American Society of Safety Engineers* 44-49

17. Young-Corbett, D.E., Nussbaum M.A. and Winchester, W.W. (2010). Usability evaluation and redesign specifications for drywall sanding tools. *International Journal of Industrial Ergonomics*. 40(1): 112-118.

18. Young-Corbett, D.E. and Nussbaum, M.A. (2009a). Dust Control Technology Usage Patterns in the Drywall Finishing Industry. *Journal of Occupation and Environmental Hygiene*. 6(6): 315-323.

19. Young-Corbett, D.E. and Nussbaum, M.A. (2009b). Dust Control Effectiveness of Drywall Sanding Tools. *Journal of Occupational and Environmental Hygiene*. 6(7): 385-389. (2009 Impact Factor: 1.180)

**Papers in refereed conference proceedings**

1. Alimoradi, S., Patrick, R. N., & Dickerson, D. E. (2025, September). Rethinking Focus Groups: Inherent Issues and How to Measure Them. In *Proceedings of the Human Factors and Ergonomics Society Annual Meeting* (Vol. 69, No. 1, pp. 124-129). Sage CA: Los Angeles, CA: SAGE Publications.

2. Naderi, I., & Dickerson, D. E. (2025). Evaluating the Influence of Project Contracts on Project Scheduling: A Novel Perspective. In *IISE Annual Conference. Proceedings* (pp. 1-6). Institute of Industrial and Systems Engineers (IISE).

3. Naderi, I., Dickerson, D. E., & Ashrafi, M. (2024). DEVELOPING A METHODOLOGY TO EXAMINE THE ROLE OF PROJECT CONTRACTS MANAGEMENT AS A PRECURSOR TO MANAGE PROJECTS. In *Proceedings of the International Annual Conference of the American Society for Engineering Management*. (pp. 1-6). American Society for Engineering Management (ASEM).

4. Naderi, I., Dickerson, D. E., & Ashrafi, M. (2024). From Crisis to Strategy and Action: A Qualitative Study to Understand the Impact of COVID-19 on Implementing Knowledge Management in Organizations. In *IISE Annual Conference. Proceedings* (pp. 1-6). Institute of Industrial and Systems Engineers (IISE).

5. Halder, S., Alimoradi, S., Afsari, K., & Dickerson, D. E. (2024). A Computer Vision Approach to Assessing Work-Related Musculoskeletal Disorder (WMSD)

Risk in Construction Workers. In *Construction Research Congress 2024* (pp. 678-687).

6. Dickerson, D.E. (2018). Total Worker Health® Approach to Improving Construction Worker Safety and Health. Institute of Industrial and Systems Engineers (IISE) Annual Conference and Expo 2018. Orlando, Florida. May 19-23, 2018.

7. Dickerson, D.E. (2018). Prevention through Design: Stakeholder Perceptions of PtD Solutions in Construction. Institute of Industrial and Systems Engineers (IISE) Annual Conference and Expo 2018. Orlando, Florida. May 19-23, 2018.

8. Dickerson, D.E. (2017). Current Trends and Stakeholder Perceptions of Radon-resistant Home Construction Engineering Sustainability 2017: Innovation and the Triple Bottom Line; Pittsburgh, PA. April 9-11.

9. Dickerson, D.E. (2017). Using the Environmental Relative Burden Index (ERBI) to Evaluate Pollution Prevention Options"Engineering Sustainability 2017: Innovation and the Triple Bottom Line; Pittsburgh, PA. April 9-11.

10. Dickerson, D. E., & Ackerman, P. J. (2016). Risk-based Maintenance Management of US Public School Facilities. In O. Chong, K. Parrish, P. Tang, D. Grau, & J. Chang (Eds.), ICSDEC 2016 - INTEGRATING DATA SCIENCE, CONSTRUCTION AND SUSTAINABILITY Vol. 145 (pp. 685-692). Arizona State Univ, Coll Avenue Commons, Tempe, AZ: ELSEVIER SCIENCE BV. doi:10.1016/j.proeng.2016.04.069

11. Goldberg, A.* and Young-Corbett, D. (2014). Decision making in commercial construction. *Human Factors in Organizational Design and Management XI: Nordic Ergonomics Society Annual Conference 46*. Broberg, O., Fallentin, N., Hasle, P., Jensen, P.L., Kabel, A., Larsen, M.E., Weller, T. (editors). Copenhagen, Denmark. August 17-20, 2014.

12. Goldberg, A.* and Young-Corbett, D. (2014). Adoption Readiness of Prevention through Design (PtD) Controls in Concrete, Masonry, and Asphalt Roofing. *2014 Construction Research Congress*. Georgia Institute of Technology, Atlanta, GA, USA; May 19-21, 2014.

13. Forsyth, J. B.*; Martin, T. L.; Young-Corbett, D.; Dorsa, E. (2012); , "Feasibility of Intelligent Monitoring of Construction Workers for Carbon Monoxide Poisoning," *Automation Science and Engineering, IEEE Transactions on* , vol.9, no.3, pp.505-515, July 2012 doi: 10.1109/TASE.2012.2197390

14. Young-Corbett, D. (2012). Life Cycle Assessment (LCA) of Asbestos and Lead Building Materials in Schools: Goal and Scope Definition. *ICSDC 2011: Integrating Sustainability Practices in the Construction Industry*; Eds. Wai Kiong, Oswald Chong, and Christopher Hermreck; International Conference on

Sustainable Design and Construction (ICSDC) 2011; Kansas City, Missouri, March 23-25, 2011.

15. Young-Corbett, D and Ackerman, P. (2011). Condition Assessment Methodologies for Public School Indoor Environmental Health. *Proceedings of Indoor Air 2011: The 12th International Conference on Indoor Air Quality and Climate*. Austin, TX. June 5-10, 2011.

16. Ghosh, S.*, and Young-Corbett, D. (2011). Barriers to the Adoption of Prevention through Design (PtD) Controls among Masonry Workers. *International Council for Research and Innovation in Building and Construction Conference (CIB W099 Conference 2011),* Washington, DC, USA, August, 2011.

17. Weidman, J.E.*,Young-Corbett, D., Koebel, C.T., Fiori, C., and Montague, E.N. (2011). Prevention through Design: Use of the Diffusion of Innovation Model to Predict Adoption. *International Council for Research and Innovation in Building and Construction Conference (CIB W099 Conference 2011),* Washington, DC, USA. August, 2011.

18. Ghosh, S.*, Bhattacharjee, S., and Young-Corbett, D. (2011). Identifying Critical Barriers Inhibiting Use of ESPC in the Private Building Sector. *47th Annual International Conference of Associated Schools of Construction*. April 6-9, 2011. Omaha, Nebraska, USA.

19. Bhattacharjee, S., Ghosh, S.*, and Young-Corbett, D. (2011). Safety Improvement Approaches in Construction Industry: A Review and Future Directions. Proceedings of the 47th Annual International Conference of Associated Schools of Construction. April 6-9, 2011. Omaha, Nebraska, USA.

20. Ghosh, S.*, Young-Corbett, D., and Van Aken, E. (2011). Role of Social Interaction in Construction Production Planning: A Conceptual Model. *Proceedings of the Institute of Industrial Engineers (IIE) Annual Conference and Expo 2011*. May 21 – May 25, 2011, in Reno, Nevada, USA.

21. Bhattacharjee, S., Ghosh, S.*, and Young-Corbett, D. (2011) The Next Step to Improve Safety – Prevention through Design. *47th Annual International Conference of Associated Schools of Construction*. April 6-9, 2011. Omaha, Nebraska, USA.

22. McNair, L., Young-Corbett, D. (2011). Building New Engineering Education Theory and Practice for Interdisciplinary Pervasive Computing Design. *Proceedings of the 2011 Annual Conference and Exposition of the American Society for Engineering Education*. Vancouver, BC, Canada. June 26 – 29, 2011.

23. Forsyth, J.B.*, Martin, T.L., Young-Corbett, D., Dorsa, E. (2011) Feasibility Study of a Wearable Carbon Monoxide Warning System for Construction Workers. *9th*

*Annual IEEE International Conference on Pervasive Compting and Communications* (PerCom 2011). Seattle, WA. March 21-25, 2011.

24. Young-Corbett, D and Ackerman, P. (2011). Condition Assessment Methodologies for Public School Indoor Environmental Health. *Proceedings of Indoor Air 2011: The 12th International Conference on Indoor Air Quality and Climate*. Austin, TX. June 5-10, 2011.

25. Young-Corbett, D. (2011). Sustainable Healthy Schools: A Lifecycle Analysis (LCA) Framework for Facility Condition Management. *Proceedings of the International Conference on Sustainable Design and Construction*. American Society of Civil Engineers. Kansas City, MO. March 23-25, 2011.

26. Ghosh, S.*, Young-Corbett, D., and Fiori, C. M. (2010). Emergent Themes of Instruments used to Measure Safety Climate in Construction. *Proceedings of the 2010 Construction Research Congress (CRC2010),* May 8 – 11, *Banff*, Alberta.

27. Bhattacharjee, S., Ghosh, S.*, and Young-Corbett, D. (2010). Energy Service Performance Contracting in Construction: A Review of the Literature. *Proceedings of the 46th ASC Annual International Conference,* held April 7- 10, Boston, MA.

28. Sexton-Lewis, P.*, Young-Corbett, D.E., and Kleiner, B.M. (2010). Bioaerosol Exposures and Respiratory Symptoms Associated with Landscaping Mulch-handling Task. American Industrial Hygiene Conference and Exposition. May 22-27, Denver, CO, USA.

29. Young-Corbett, D.E. (2009). Building-related Environmental Assessment and Technology in Housing, Existing (BREATHE): development of standardized protocols for evaluating the indoor environmental quality of existing housing. *Proceedings of the 9th International Conference and Exhibition of Healthy Buildings 2009*. September 13-17. Syracuse, NY. USA.

30. Ghosh, S.*, and Young-Corbett, D. (2009). Intersection between Lean Construction and Safety Research: A Review of Literature. *Proceedings of the 2009 Industrial Engineering Research Conference,* May 30 – June 3, Miami, FL.

31. Young, D.E. and Kleiner, B.M. (2008). Drywall finishing industry: macro-ergonomic evaluation and intervention design. *Proceedings of* the 9th edition of Human Factors in Organizational Design and Management (ODAM) International Symposium. L. Sznelwar, F. Marcia and U. Montedo (Editors); Sao Paulo, Brazil.

32. Sexton-Lewis, P.*, Kleiner, B.M., and Young, D.E. (2004). User feedback on Moldex N-100 filtering face-piece design. Proceedings of the 48th Annual Meeting of the Human Factors and Ergonomics Society. (pp: 2013 – 2017) New Orleans, LA.

## Research Activities

**Sponsored Research and Other Grants**
(Total: $13,904,208)

1. **Project Title:** (T03) Safety and Ergonomics Training
   **Sponsor:** National Institute for Occupational Safety and Health (NIOSH)
   **Funding Amount:** $1,395,106
   **Beginning/Ending Dates:** 07/01/16 - 06/30/26
   **Role:** Co-PI
   **Description:** Training grant (T3) provides graduate education to students interested in studying occupational safety and health and safety engineering

2. **Project Title:** (R01) Exoskeletons as an Innovative Approach to Prevent Musculoskeletal Disorders in Surface Stone Mining
   **Sponsor:** National Institute for Occupational Safety and Health (NIOSH)
   **Funding Amount:** $577,555
   **Beginning/Ending Dates:** 09/01/21 - 08/31/26
   **Role:** Co-PI
   **Description:** Research project on biomechanics of stone masonry

3. **Project Title:** Emergency Medical Services Performance in Rural Appalachia
   **Sponsor:** Vibrant Virginia
   **Funding Amount:** $20,000
   **Beginning/Ending Dates:** 07/01/25 - 06/30/26
   **Role:** Co-PI
   **Description:** Identification of barriers to service delivery in rural areas of Virginia

4. **Project Title:** Health Hazard Controls: Evidence-based intervention strategy
   **Sponsor:** National Institute for Occupational Safety and Health (NIOSH)
   **Funding Amount:** $980,460
   **Beginning/Ending Dates:** 11/01/19 – 10/31/24
   **Description:** Design solutions to control health hazards

5. **Project Title:** Interdisciplinary Team in Pervasive Computing Design
   **Sponsor:** Office of Vice President for Research at Virginia Tech
   **Funding Amount:** $200,000
   **Beginning/Ending Dates:** 08/2007-05/2009
   **Role:** co-PI
   **Project Title:** Bio-Inspired Buildings: Integrating Building and Biological Systems Theories to Transform the Built Environment

6. **Project Title**: Current Trends and Stakeholder Perceptions of Radon-resistant Home Construction
   **Sponsor**: Institute for Culture, Society, and the Environment
   **Funding Amount:** $19,500
   **Beginning/Ending Dates:** 5/16-8/16

**Role:** PI
**Description:** Current trends in Radon Resistant Construction in the U.S. homebuilding market

7. **Sponsor:** Dean of the Graduate School, Virginia Tech
**Funding Amount:** $900,000
**Beginning/Ending Dates:** 8/13-8/16
**Role:** co-PI
**Description:** Creation of a multidisciplinary doctoral program in bio-inspired building and infrastructure design

8. **Project Title:** (R01) Prevention through Design (PtD) Adoption Readiness
**Sponsor:** National Institute for Occupational Safety and Health (NIOSH)
**Funding Amount:** $251,071
**Beginning/Ending Dates:** 08/15/12-08/14/14
**Role:** PI
**Description:** Survey research on safety innovation perceptions

9. **Project Title:** Center for Innovation in Construction Safety and Health
**Sponsor:** National Institute for Occupational Safety and Health (NIOSH)
**Funding Amount:** $9,887,239
**Beginning/Ending Dates:** 08/30/09 – 08/29/14
**Role:** Co-PI
**Description:** Establish research center at Virginia Tech

10. **Project Title:** (R01) Dust-control: Strategic Technology Intervention
**Sponsor:** National Institute for Occupational Safety and Health
**Funding Amount**: $580,275
**Beginning/Ending Dates:** 08/09-08/13
**Role:** Principal Investigator
**Description:** Theory-based behavioral and attitudinal interventions to produce changes in stakeholder willingness to adopt safety innovations.

11. **Project Title:** Positioning MLSoC to Discover Lifecycle Value
**Sponsor:** Research Affiliates Myers-Lawson School of Construction
**Funding Amount:** $75,000
**Beginning/Ending Dates:** 07/12-07/13
**Role:** Co-PI
**Description:** Funding to plan for the BioBuild Program

12. **Project Title:** Sustainable Healthy Schools
**Sponsor:** National Science Foundation
**Funding Amount:** $174,275
**Beginning/Ending Dates:** 08/09-08/12
**Role:** Principal Investigator
**Description:** Systems engineering management of school hazards
**Project Title:** Prevention through Design in Masonry

13. **Sponsor:** Center for Innovation in Construction Safety and Health
**Funding Amount:** $5,000
**Beginning/Ending Dates:** 1/2011-7/2011
**Role:** PI
**Description:** Pilot project grant to perform study of ventilated saw design

14. **Project Title:** Pervasive Computing Innovations
**Sponsor:** Institute for Critical Technology and Applied Science (ICTAS)
**Funding Amount:** $10,000
**Beginning/Ending Dates:** 2007-2008
**Role:** PI
**Description:** Design prototype for a wearable sensor to detect carbon monoxide

15. **Project Title:** Occupational Respiratory Hazards
**Sponsor:** Institute for Critical Technology and Applied Science (ICTAS)
**Funding Amount:** $10,000
**Beginning/Ending Dates:** 1/2009-6/2009
**Role:** PI
**Description:** Pilot project on silica exposures and equipment design

16. **Project Title:** Graduate Student Tuition Support
**Sponsor:** DARPA
**Funding Amount:**$7,500
**Beginning/Ending Dates:** 1/2008-12/2008
**Role:** PI
**Description:** Participation in design competition

17. **Project Title:** Building-related Environmental Assessment and Technology in Housing, Existing (BREATHE)
**Sponsor:** Institute for Culture, Society, and the Environment
**Funding Amount:** $18,000
**Beginning/Ending Dates:** 5/2008-8-2008
**Role:** PI
**Description:** Pilot study of indoor environmental quality in homes

18. **Project Title:** Respiratory Hazard Monitoring
**Sponsor:** Institute for Critical Technology and Applied Science (ICTAS)
**Funding Amount:** $19,500
**Beginning/Ending Dates:** 2007-2008
**Description:** Design for a ventilated sanding tool.

## Awards, Recognition, Invited Presentations

**Best Paper Awards**

1. IEEE Transactions Best Paper of 2012:
Forsyth, J.B., Martin, T.L.,Young-Corbett, D.E., Dorsa, E. (2012). Feasibility of Intelligent Monitoring of Construction Workers for Carbon Monoxide Poisoning. Journal of IEEE Transactions on Automation Science and Engineering. 9(3): 505-515.

2. IISE Best Paper of 2024:
Naderi, I., Dickerson, D. E., & Ashrafi, M. (2024). From Crisis to Strategy and Action: A Qualitative Study to Understand the Impact of COVID-19 on Implementing Knowledge Management in Organizations. In IISE Annual Conference. Proceedings (pp. 1-6). Institute of Industrial and Systems Engineers (IISE).

**Invited keynote presentations or lectures**

**1.** *National Conference on Prevention through Design,* National Institute for Occupational Safety and Health. August 23, 2011. Arlington, VA. Invited to speak on Prevention through Design in Engineering Education.

**2.** *The Engineer of 2020 Workshop*, Purdue University. September 20, 2011. Invited to Speak on Prevention through Design.

**3.** *Prevention through Design Workshop 2021,* Arizona State University. May 26-27, 2021. Keynote speaker on Prevention through Design for Health Hazards.

4. Certified Product Safety Professional program, Society of Product Safety Professionals®, Arlington VA (2022-present)

## Service Activities

- National Institute for Occupational Safety and Health, National Occupational Research Agenda (NORA); Healthy Work Design and Wellbeing Cross Sector Council (2018-present)

- Member: American Society of Safety Professionals, American Industrial Hygiene Association, Human Factors and Ergonomics Society

# Exhibit E

**(Previous Testimony in New Mexico Environment Department (NMED) Petition for Regulatory Change to Adopt 20.13.2 NMAC: Per- and Poly-Fluoroalkyl Substances in Consumer Products)**

**STATE OF NEW MEXICO**
**ENVIRONMENTAL IMPROVEMENT BOARD**

**IN THE MATTER OF PROPOSED**
**ADOPTION OF: 20.13.2 NMAC,**
*Per- and Poly-Fluoroalkyl Substances*
*in Consumer Products* **No. EIB 25-61 (R)**

---

**NEW MEXICO ENVIRONMENT DEPARTMENT**
**TESTIMONY DEBORAH E. DICKERSON PHD, CIH, CSP**

---

## I. Introduction and Qualifications

My name is Deborah Dickerson and I am an associate professor of human factors and safety engineering and the Director of the Product and System Safety Laboratory, in the Grado Department of Industrial and Systems Engineering, at Virginia Tech. I hold MS and PhD degrees in safety engineering, an MS degree in ecology, and the certified industrial hygienist (CIH) and certified safety professional (CSP) credentials. My research expertise is in the realm of Prevention through Design: designing products, product warnings, and systems to eliminate hazards. Most of my research has involved the prevention of exposure to chemical health hazards. My research group has conducted studies on the effectiveness of chemical product warning labels and pictograms. I have over 30 years of experience in the fields of industrial hygiene and safety engineering. From 1996 to 2007, I was engaged in a professional career in safety and health, wherein I directed the Environmental, Health and Safety Services office, an organization responsible for ensuring compliance with safety, health, and environmental standards at Virginia Tech. Specifically, I led the following programs: Hazard Communication, Hazardous Materials,

Chemical Hygiene, Industrial Hygiene, Respiratory Protection, and Medical Surveillance. During that professional career, I also held the Certified Hazardous Materials Manager credential. I have 28 years of university teaching experience and have taught courses on product safety, labels and warnings, system safety analysis, occupational safety, industrial hygiene, risk control, and human factors engineering. Since 2014, I have served as an expert witness in over 100 products liability civil litigation cases concerning product design and communications defects. The majority of these cases has focused on chemical products. My curriculum vita is provided as an exhibit to this testimony.

I present this written testimony in support of the New Mexico Environment Department (NMED) Petition for Regulatory Change to Adopt 20.13.2 NMAC: Per- and Poly-Fluoroalkyl Substances in Consumer Products. The purpose of my testimony is to 1) identify the purposes of labels on consumer products; 2) document the need for labels to raise public awareness of PFAS in consumer products; 3) summarize the extensive evidence of the effectiveness of labels; 4) provide background information on the design of effective product communications; and, 5) present information about label-related costs associated with mandatory product labels of this type.

## II. Purposes of Labels on Consumer Products

Labels on consumer products serve several purposes. They can serve to deter use of hazardous products, as in the case of tobacco or alcohol products. They can provide warning about hazards associated with use and unintended use of products and provide instruction on safe use. And,

they can serve as mechanisms to communicate risks and raise consumer awareness of hazards, so consumers can make informed decisions regarding product use.

## III. Need for Product PFAS Labels

In this present case, 20.13.2 NMAC label requirements would serve to raise awareness of the presence of PFAS in various products, . This aim is important and needed, given the widespread presence of PFAS across a span of consumer products coupled with an insufficient level of awareness among the consumer public. A recent review of the scientific literature on the presence of PFAS among consumer products revealed 107 different PFAS belonging to 15 different categories appearing in 1040 consumer products.[1] This review summarized studies which quantified PFAS across a wide span of consumer products: food contact materials (microwave popcorn bags, packaging, containers, straws), textiles, household chemicals, and waxes. Textile categories included clothing, curtains, upholstery, sheets and blankets, carpets, and car textiles, and weather-resistant jackets. Household chemicals included primarily carpet and fabric care products, impregnating agents, and general cleaning chemicals (i.e., dishwashing liquids, rinse aids, and rust removers), with carpet and fabric care products being the most common items investigated. A recent trend in investigating cosmetics has revealed 75 products tested across three countries (Japan, Sweden, and USA), including items such as foundations, mascaras, lip products, eye products, face products, concealers, and eyebrow products.[2] [3] Waxes and polishes used for various purposes have been tested as potential consumer products that

---

[1] Dewapriya, P., Chadwick, L., Gorji, S. G., Schulze, B., Valsecchi, S., Samanipour, S., ... & Kaserzon, S. L. (2023). Per-and polyfluoroalkyl substances (PFAS) in consumer products: Current knowledge and research gaps. *Journal of Hazardous Materials Letters*, *4*, 100086.
[2] Fujii, Y., Harada, K. H., & Koizumi, A. (2013). Occurrence of perfluorinated carboxylic acids (PFCAs) in personal care products and compounding agents. *Chemosphere*, *93*(3), 538-544.
[3] Whitehead, H. D., Venier, M., Wu, Y., Eastman, E., Urbanik, S., Diamond, M. L., ... & Peaslee, G. F. (2021). Fluorinated compounds in North American cosmetics. *Environmental Science & Technology Letters*, *8*(7), 538-544.

contain PFAS. In addition, building materials used for general construction have also been analyzed for PFAS. This included insulation materials, coatings, sealants, and foils.[4]

Given the widespread prevalence of PFAS in consumer products, recent investigations have sought to characterize the public's awareness of PFAS hazards and knowledge of the consumer products that contain PFAS. These studies have illuminated a gap in the public understanding of the risk. Therefore, **product labeling is needed to close this gap in the public understanding of the risks and prevalence of PFAS in products.** A recent nationwide survey was conducted in which the awareness of PFAS and community contamination, awareness of PFAS containing products, and consumer intentions to change product use were measured. The results indicated that almost half the respondents had never heard of PFAS and do not know what it is. Additionally, 31.6% responded that they had heard of PFAS but do not know what it is. One recent study of public knowledge of PFAS, found that less than 45% of the participants had heard of PFAS; and less than 25% had knowledge of the health risks.[5] A 2024 publication describes an online survey, which elicited 1304 U S. consumers' perceptions of PFAS; approximately 20 % of the sample had heard of PFAS prior to the study.[6] Another recent study of public awareness of PFAS found that, while respondents did express awareness of PFAS in

---

[4] Janousek, R. M., Lebertz, S., & Knepper, T. P. (2019). Previously unidentified sources of perfluoroalkyl and polyfluoroalkyl substances from building materials and industrial fabrics. *Environmental Science: Processes & Impacts*, *21*(11), 1936-1945.
[5] Kemper, J. A., Sharp, E., Yi, S., Leitao, E. M., Padhye, L. P., Kah, M., ... & Gobindlal, K. (2024). Public perceptions of per-and polyfluoroalkyl substances (PFAS): Psycho-demographic characteristics differentiating PFAS knowledge and concern. *Journal of Cleaner Production*, *442*, 140866.
[6] Rihn, A., Labbe, N., Rajan, K., Kamboj, G., Jackson, S., Tiller, K., & Jensen, K. (2024). Consumers' perceptions of per-and polyfluoroalkyl substances and bio-based treatments on disposable dinnerware. *Journal of Agriculture and Food Research*, *18*, 101436.

drinking water, they demonstrated far less awareness of PFAS in consumer products.[7] These findings are presented below, in Table I.

Table I: Public Awareness of PFAS Sources (Berthold et al, 2023)

| | Percent Response | | | | |
|---|---|---|---|---|---|
| Sources | Not at all familiar[1] | Slightly familiar[1] | Moderately familiar[1] | Very familiar[1] | Extremely familiar[1] |
| Drinking water | 45.8 (1.6) | 19.7 (1.3) | 17.1 (1.2) | 9.2 (0.9) | 8.2 (0.9) |
| Waterways near waste disposal sites | 45.2 (1.6) | 18.3 (1.3) | 20.0 (1.3) | 10.7 (1.0) | 5.9 (0.8) |
| Soils near waste disposal sites | 46.3 (1.6) | 20.2 (1.3) | 17.5 (1.2) | 10.1 (0.9) | 5.9 (0.8) |
| Dairy products | 51.1 (1.6) | 16.3 (1.2) | 15.3 (1.2) | 10.0 (0.9) | 7.3 (0.8) |
| Fresh produce | 50.3 (1.6) | 14.5 (1.1) | 16.1 (1.2) | 11.7 (1.0) | 7.4 (0.8) |
| Freshwater fish | 48.7 (1.6) | 16.4 (1.2) | 17.6 (1.2) | 11.4 (1.0) | 5.9 (0.7) |
| Seafood | 48.8 (1.6) | 15.3 (1.2) | 17.7 (1.2) | 9.9 (1.0) | 8.3 (0.9) |
| Food packaging | 48.1 (1.6) | 16.2 (1.2) | 16.9 (1.2) | 11.8 (1.0) | 7.0 (0.8) |
| Non-stick cookware | 47.0 (1.6) | 16.9 (1.2) | 16.8 (1.2) | 12.8 (1.1) | 6.5 (0.8) |
| Personal hygiene products | 46.6 (1.6) | 14.7 (1.1) | 18.2 (1.3) | 12.6 (1.0) | 8.0 (0.9) |
| Household products | 45.0 (1.6) | 16.0 (1.2) | 18.7 (1.3) | 12.3 (1.0) | 7.9 (0.9) |
| Fire extinguishing foam | 50.7 (1.6) | 14.7 (1.1) | 15.8 (1.2) | 11.7 (1.0) | 7.1 (0.9) |
| Fertilizers from wastewater plants | 45.9 (1.6) | 17.2 (1.2) | 17.0 (1.2) | 11.9 (1.0) | 8.1 (0.9) |

[1]Percent Responses (Standard Error).

https://doi.org/10.1371/journal.pone.0294134.t003

## IV. Effectiveness of Consumer Products Labels

The effectiveness of labelson consumer products has been extensively studied throughout the past few decades. Several meta-analyses have been published, to assess the evidence across multiple studies. Overall, these studies have found that **labels are effective in influencing perceptions, knowledge, and behavior.** Studies of label effectiveness tend to examine several aspects of human response to the communication: attention, knowledge, attitudes, perceptions, recall, comprehension, and behavior. One such meta-analysis examined warning effectiveness on user recall of warning content, user perception of risk, and user behavioral change.[8] The authors found evidence of the effectiveness of warning labels to influence user perceptions and conclude that warning labels "must therefore be accorded a greater prominence in a world where the character

[7] Berthold, T. A., McCrary, A., deVilleneuve, S., & Schramm, M. (2023). Let's talk about PFAS: Inconsistent public awareness about PFAS and its sources in the United States. *Plos one*, *18*(11), e0294134.
[8] Hancock, P. A., Kaplan, A. D., MacArthur, K. R., & Szalma, J. L. (2020). How effective are warnings? A meta-analysis. *Safety Science*, *130*, 104876.

of threats … is changing rapidly." Authors of a 2015 meta-analysis of warning label effectiveness concluded: "When all the available estimates are combined and averaged, there seems to be a genuine and positive effect of warning labels on consumers' safe behavior".[9] The authors of a 2004 publication used a series of meta-analyses to demonstrate the impact of product labels across five dimensions of effectiveness: attention, reading and comprehension, recall, judgments, and behavioral compliance.[10] A 2016 study employed a substantive meta-analysis approach to quantitatively summarize the results of empirical studies of the direct impact of products' labels on consumers' recall. When all the available estimates are combined and averaged, the authors note "a genuine and positive effect of labels on consumers' recall".[11] All the above studies do note that the design of the label has a major impact on the human response to the content. Therefore, I conclude my testimony by reviewing the key findings that suggest how to design impactful product labels.

**V. Design of Effective Labels**

Research on label effectiveness has examined label impacts on user responses, such as attention, knowledge, attitudes, perceptions, recall, comprehension, and behavior. Many studies have addressed how label design will improve each of these user responses. In the literature, a dominant strategy for improving label effectiveness has been to enhance the conspicuousness of the label by manipulating its design characteristics. These manipulations are operationalized through label message content, its textual and pictorial formats, and the location of the label on

---

[9] Mostafa, M. M. (2015). Do Products' Warning Labels Affect Consumer Safe Behavior? A Meta-Analysis of the Empirical Evidence. *Journal of Business & Economic Studies*, *21*.
[10] Argo, J. J., & Main, K. J. (2004). Meta-analyses of the effectiveness of warning labels. *Journal of Public Policy & Marketing*, *23*(2), 193-208.
[11] Mostafa, M. M. (2016). Do consumers recall products' warning labels? A meta-analysis. *International Journal of Management and Marketing Research*, *9*(1), 81-96.

the product/packaging. Label content refers to the choice of vocabulary, the tone of the message, and the use of signal words.[12] These label characteristics are described in Table II, as described by Hancock et al (2020).

Table II: Label Characteristics Descriptions (Hancock et al, 2020)[13]

| Moderator | Description |
|---|---|
| Placement of Warning | This refers to the location of the warning on a product (such as centered, near the top, bottom, left, or right, etc.), and also to its orientation (left to right, or top to bottom). |
| Integration of Warning into Task | The extent to which the warning was integrated with the task or the instructions and seeing or reading it was unavoidable. |
| Size of Warning | This is the size of the warning, with size of the text, or size of the overall label, as factors. |
| Seriousness/Specificity of Consequences | Seriousness refers to the severity of the warning, for example a warning that starts with "serious injury or death may occur…" is more severe than one that begins with "caution…" |
| Conspicuity of Warning | The extent to which the warning stands out from its surroundings, either in terms of luminance, the use of bright colors, the use of contrasting background, or other factors which may make the warning more vivid and eye-catching. |
| Extra Instructions/Detail in Warning | The amount of extra information provided either about the risks of the product or how to comply with warning label safety information. |
| Keyword Seriousness | This refers to the severity of a keyword used in the analysis, when only severity of that keyword (and not the severity of the whole warning) was altered. |
| Presence of a Warning | Whether there was a warning included at all. In cases where presence is a moderator variable, there were also a no-warning control condition. |
| Pictures Present | This refers to warning with pictures present. There may have been other factors such as words included in the warning as well. |
| Words Present | This refers to warning with words present. There may have been other factors such as pictures included in the warnings as well. |
| Clutter in Warning | Clutter refers to the crowdedness of the label, such as small font or a lot of information in a relatively limited area. |

In a meta-analytic investigation of the label characteristics that affect warning label effectiveness, it was found that conspicuousness of text, shape, and location drive label effectiveness.[14] Content and location of the label on the packaging were more important than graphical content. Pictoral elements on warning labels were more effective if they contained fear-inducing elements. These authors also found that promotional preactivation has a strong impact on label effectiveness. Promotional preactivation — incorporating warnings into integrated marketing campaigns — can be as important and powerful as on-package warnings. Indeed, a body of research shows that an integrated approach is more persuasive than an isolated

---

[12] Laughery, K. R., & Wogalter, M. S. (2006). Designing effective warnings. *Reviews of human factors and ergonomics*, *2*(1), 241-271.
[13] Hancock, P. A., Kaplan, A. D., MacArthur, K. R., & Szalma, J. L. (2020). How effective are warnings? A meta-analysis. *Safety Science*, *130*, 104876.
[14] Purmehdi, M., Legoux, R., Carrillat, F., & Senecal, S. (2017). The effectiveness of warning labels for consumers: a meta-analytic investigation into their underlying process and contingencies. *Journal of Public Policy & Marketing*, *36*(1), 36-53.

communication. Including warning messages in marketing campaigns prompts and activates the information in consumers' minds in advance and influences their judgment more effectively.[15]

## VI. Label-related Costs

Opponents of mandatory product labels cite prohibitive compliance costs as a barrier to legislative passage. While mandatory PFAS-containing product labels are a recent phenomenon and studies of the assocated label-related costs are scant, there exists an extensive body of evidence regarding the label-related costs associated with a similar mandate: that of genetically-engineered (GE) foods.[16] The mandate to label GE foods is analogous to the proposed rule to label PFAS products, in that both require labels of a broad range of products, with the intent to raise consumer awareness. In 2014, an economic consulting firm, ECONorthwest, conducted an independent review of published studies of GE label-related costs.[16] This analysis approached the question as FDA did in its study of the cost impact of nutritional labeling.[17] The FDA model provides estimates of the cost of regulatory labeling changes that impact retail consumer products. Most studies examining GE labeling used the model. The most recent model update occurred in 2012 and takes into account labeling costs at three levels: the universal product code ("UPC" barcode), the product, and the sales unit. These costs occur once and will not increase the ongoing production cost, unless a package insert or other product addition is required by the regulation. The review included six relevant published studies of GE label-related costs. The

[15] Neslin, Scott A. (2002), "Sales Promotion," in Handbook of Marketing,
Barton Weitz and Robin Wensley, eds. Thousand Oaks,
CA: Sage Publications, 310–38.
[16] Dyke, A., & Whelan, R. (2014). GE foods labeling cost study findings [Data Set].
[17] Muth, M.K., Ball, M.J., Coglaiti, M.C., & Karns, S.A. 2012. Model to estimate costs of using labeling as a risk reduction strategy for consumer products regulated by the Food and Drug Administration. Contract No. GS-10F-0097L, Task Order 5. Revised final report: Prepared for U.S. Food and Drug Administration, Center for Food Safety and Applied Nutrition. Research Triangle Park, NC: RTI International.

cost findings for all studies were converted to per-capita costs, as summarized in Table III, below.

Table III. ECONorthwest Review Label Cost Findings

| Study (author last name, year) | $ per State or Country | Unit | Population (study year) | Per capita cost (study year $) | Per capita cost (2014 $) |
|---|---|---|---|---|---|
| Lesser and Lynch, 2014 | $6,300,000 | 2014 $, New York State, annual cost | 19,600,000 | $0.32 | $0.32 |
| Sheperd-Bailey, 2012 | 4,831,300* | 2012 $, California, one-time implementation cost | 38,041,430** | 1.27 | 1.32 |
| Sheperd-Bailey, 2013 | 15,337,000* | 2013 $, Washington, one-time implementation cost | 6,971,406** | 2.20 | 2.25 |
| Northbridge, 2012 | 550,000,000 | 2012 $, California, one-time implementation cost, midpoint | 38,041,430** | 14.46 | 15.01 |
| Federal Register, 1991 | 950,000,000 | 1991 $, U.S., one-time implementation cost, midpoint | 252,030,000** | 3.77 | 6.59 |
| Jaeger, 2002 (NERA, 2001) | 168,000,000 | 2002 $, U.K., annualized 20-year cost, Option C | 59,500,000* | 1.77 | 2.34 |

*ECONorthwest estimate based on data reported from studies and U.S. Census Bureau data.
**U.S. Census Bureau population estimate for study year.

The per-capita costs of these studies ranged from $0.32 to $15.01, but the review concluded that the median cost associated with labeling GE-containing products was $2.30 per consumer per year. The authors stated that their review focused on GE labeling costs incurred by the producers and retailers. These costs do not necessarily translate directly into increases in the prices consumers pay for food products, as competitive forces may prohibit retailers from fully passing on some or all incremental GE labeling costs to consumers. The authors conclude that a one-time product cost increase of this magnitude would be trivial and would not be likely to impact consumer prices.

While there are some differences in the economics of PFAS-containing products and GE-containing food products, there are enough similarities to use the GE-containing product cost review as an analog to the PFAS-product matter and to conclude that the one-time label-related costs to manufacturers would not have a prohibitive impact on consumers or companies.

**VII. Conclusion**

To summarize: There exists a compelling need for product labels on consumer products containing PFAS. There is a wide range of products that contain these chemicals and there are significant impacts to human health and the health of the environment, which is the subject of other expert testimony during this rulemaking hearing. The consumer public has a right to know about these hazards and the products that contain them. Currently, the public is underinformed about both the hazards and the products. Therefore, product labels would be a solution to close this knowledge gap and raise awareness of this important issue. Product labels have shown to be effective in influencing consumer attitudes, perceptions, and behaviors. To effectively convey this information to the consumer public, manufacturers of these products should design labels that are conspicuous and that contain clear and direct content. Inclusion of information into marketing materials and campaigns will enhance the impacts of the labels. These one-time label development activities should not present a cost-prohibitive barrier to manufacturers.