**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

AMERICAN CHEMISTRY COUNCIL, et al.,

    Plaintiffs,

    v.

JAMES C. KENNEY, in his official capacity as
Secretary of New Mexico Environment
Department; and RAÚL TORREZ, in his official
capacity as Attorney General of New Mexico,

    Defendants.

Case No. 1:26-cv-02130-KRS-SCY

**NOTICE OF COMPLETION OF BRIEFING REGARDING DOC. NO. 18**

Pursuant to LR-Civ. 7.4(e), proposed *amicus curiae* Chamber of Commerce of the United States of America ("the Chamber") hereby submits that briefing is complete on the PARTIAL CONSENT MOTION OF THE CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION [Doc. No. 18, "the Motion"], and the entirety of the briefing comprises only the Motion, as no response was filed by Defendants (all Plaintiffs consented to the relief sought in the Motion prior to its filing).  Thus, the Chamber respectfully submits that the Motion is ready for decision.

1

Respectfully submitted,

SNELL & WILMER L.L.P.

Todd E. Rinner
201 Third St. NW #1950
Albuquerque, NM 87102
T: (520) 882-1200
trinner@swlaw.com

## CERTIFICATE OF SERVICE

I certify that on August 6, 2026, I filed the foregoing electronically with the Clerk of Court using the CM/ECF system, which caused all parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

Todd E. Rinner

2