**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

**Clerk's Minutes**
**Before the Honorable Margaret I. Strickland**

**CASE NO.:** **1:26-CV-02130 MIS/SCY** **DATE:** **AUGUST 27, 2026**

**Time in court: 1 hour, 47 minutes**

**TITLE:** **American Chemistry Council et al v Kenney etal**

**COURTROOM CLERK:** **Jessica Chavez** **COURT REPORTER:** **Rachel Lopez (RAEUFP@GMAIL.COM)**

( ) Albuquerque ( X) Las Cruces ( ) Santa Fe ( ) Roswell

( ) Bench warrant ordered **INTERPRETER:**

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**
**Kevin Martin, John C. Anderson**
**Cassandra Snyder, Brian Burgess**

**ATTORNEYS PRESENT FOR DEFENDANT(S):**
**Alexander Tucker**
**Gregory Smithkier**

**TYPE OF PROCEEDING:** **Preliminary Injunction (VIA ZOOM)**

**PROCEEDINGS:**

**8:31 a.m. Court in session**

**8:33 a.m. Kevin Martin for the plaintiff. Argument. Regulation challenging. Challenging label requirement. Four states that have labeling law. Zauderer test. Other cases preliminary injunction in other states. "PFAS" Label purely factual argument. Product with chemicals. Defense label as warning. Not all "PFAS" contain same. First amendment and economic harm. Request grant injunction respect to all products. Fluoropolymers.**

**Court address plaintiff request for waiver. Has anyone been denied.**

**Kevin Martin argument waiver provision, would not solve 1st amendment issue.**

**9:19 a.m. Alex Tucker defense argument. Cases that failed Zauderer. NM labeling rule, flask.**

**Court state interest in telling public certain chemicals.**

**Mr. Alex Tucker argument. "PFAS" ACC website, flask. Preliminary injunction argument.**

**10:09 a.m. Mr. Kevin Martin response.**

**Court - will issue order.**

**10:18 a.m. Court adjourned**