**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

| | |
|---|---|
| AMERICAN CHEMISTRY COUNCIL, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>JAMES C. KENNEY, *in his official capacity as Secretary of the New Mexico Environment Department*; and RAÚL TORREZ, *in his official capacity as Attorney General of New Mexico*,<br><br>*Defendants.* | Case No.: 1:26-cv-02130-MIS-SCY |

**NOTICE OF ERRATA**

In abundance of caution, Defendants submit this Notice of Errata pertaining to the Notice of Appeal filed on October 16, 2026, at 9:28 A.M. MDT (Doc. 50). Defendants will submit an Amended Notice of Appeal that better accounts for Fed. R. App. P. 3(c)(1)(C), which requires a notice of appeal to name the court to which the appeal is taken.

Respectfully submitted,

RAÚL TORREZ
Attorney General

JAMES C. KENNEY
Secretary of Environment

*/s/Alexander W. Tucker*
ALEXANDER W. TUCKER
*Director of Environmental Protection*
New Mexico Department of Justice
201 Third St. NW, Suite 300
Albuquerque, NM 87123
505-490-4060
atucker@nmdoj.gov

DANIEL AHRENS
*Assistant Solicitor General*

ESTHER C. JAMISON
*Assistant Attorney General*
New Mexico Department of Justice
408 Galisteo Street
Santa Fe, NM 87501
505-490-4060
dahrens@nmdoj.gov
ejamison@nmdoj.gov

*Counsel for Defendants Raúl Torrez and James C. Kenney*

GREGORY S. SMITHKIER
*Assistant General Counsel*
*Special Assistant Attorney General*
New Mexico Environment Department
Office of General Counsel
1190 South St. Francis Drive
Santa Fe, New Mexico 87505
505-531-7736
gregory.smithkier@env.nm.gov

*Counsel for Defendant James C. Kenney*

CHAD E. MOLNAR
*Associate Attorney*
Kanner & Whiteley, L.L.C.
701 Camp Street
New Orleans, LA 70130
504-212-1753
cmolnar@kanner-law.com

*Counsel for Defendant James C. Kenney*

**CERTIFICATE OF SERVICE**

I certify that on October 16, 2026, I served the foregoing on counsel of record for all parties via the CM/ECF system.

*/s/ Alexander W. Tucker*
Alexander W. Tucker