**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

| | |
|---|---|
| AMERICAN CHEMISTRY COUNCIL, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>JAMES C. KENNEY, *in his official capacity as Secretary of the New Mexico Environment Department*; and RAÚL TORREZ, *in his official capacity as Attorney General of New Mexico*,<br><br>*Defendants.* | Case No.: 1:26-cv-02130-MIS-SCY |

**AMENDED NOTICE OF APPEAL**

This Notice, originally filed as Documents 50 and 52 on October 16, 2026, is being refiled pursuant to this Court's request via phone call on October 19, 2026, that the Notice be filed again using a different filing code in cm/ecf for administrative purposes.

Pursuant to 28 U.S.C. § 1292(a)(1) and Fed. R. App. P. 3(c)(6), Defendants appeal to the United States Court of Appeals for the Tenth Circuit only the portions of this Court's Order Granting Plaintiffs' Motion for a Preliminary Injunction, filed September 16, 2026, holding that New Mexico's PFAS label is unlikely to pass rational basis scrutiny under *Zauderer v. Off. of Disciplinary Counsel*, 471 U.S. 626 (1985). Doc. 46 at 17-22.

Respectfully submitted,

RAÚL TORREZ
Attorney General

JAMES C. KENNEY
Secretary of Environment

*/s/Alexander W. Tucker*
ALEXANDER W. TUCKER

*Director of Environmental Protection*
New Mexico Department of Justice
201 Third St. NW, Suite 300
Albuquerque, NM 87123
505-490-4060
atucker@nmdoj.gov

DANIEL AHRENS
*Assistant Solicitor General*
ESTHER C. JAMISON
*Assistant Attorney General*
New Mexico Department of Justice
408 Galisteo Street
Santa Fe, NM 87501
505-490-4060
dahrens@nmdoj.gov
ejamison@nmdoj.gov

*Counsel for Defendants Raúl Torrez and James C. Kenney*

GREGORY S. SMITHKIER
*Assistant General Counsel*
*Special Assistant Attorney General*
New Mexico Environment Department
Office of General Counsel
1190 South St. Francis Drive
Santa Fe, New Mexico 87505
505-531-7736
gregory.smithkier@env.nm.gov

*Counsel for Defendant James C. Kenney*

CHAD E. MOLNAR
*Associate Attorney*
Kanner & Whiteley, L.L.C.
701 Camp Street
New Orleans, LA 70130
504-212-1753
cmolnar@kanner-law.com

*Counsel for Defendant James C. Kenney*

**CERTIFICATE OF SERVICE**

I certify that on October 19, 2026, I served the foregoing on counsel of record for all parties via the CM/ECF system.

*/s/ Alexander W. Tucker*
Alexander W. Tucker