**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

AMERICAN CHEMISTRY COUNCIL, *et al.*,

*Plaintiffs*,

v.

JAMES C. KENNEY*, in his official capacity as Secretary of the New Mexico Environment Department*; and RAÚL TORREZ, *in his official capacity as Attorney General of New Mexico*,

*Defendants.*

Case No.: 1:26-cv-02130- MIS-SCY

**NOTICE OF COMPLETION OF BRIEFING**

The following Motion is fully briefed and ripe for decision/hearing:

- Defendants' Motion to Dismiss (Doc. 42)

Briefs related to the Motion:

- Plaintiffs' Response in Opposition (Doc. 45)
- Defendants' Reply in Support (Doc. 47)

Plaintiffs have also filed an opposed motion to file a surreply (Doc. 48). The proposed surreply has been filed at Doc 48-1. Defendants opposed. (Doc. 49). Plaintiffs have until October 27, 2026 to file a reply in support of their motion.

Accordingly, this notice of completion of briefing is filed out of an abundance of caution pending the completion of briefing in and the Court's resolution of Plaintiffs' motion to file a surreply.

This notice is filed because the briefing contemplated by Local Rule 7.4 (motion, response, reply) is complete.

Respectfully submitted,

RAÚL TORREZ
Attorney General

JAMES C. KENNEY
Secretary of Environment

ALEXANDER W. TUCKER
*Director of Environmental Protection*
New Mexico Department of Justice
201 Third St. NW, Suite 300
Albuquerque, NM 87123
505-490-4060
atucker@nmdoj.gov

/s/ Daniel Ahrens___
DANIEL AHRENS
*Assistant Solicitor General*
ESTHER C. JAMISON
*Assistant Attorney General*
New Mexico Department of Justice
408 Galisteo Street
Santa Fe, NM 87501
505-490-4060
dahrens@nmdoj.gov
ejamison@nmdoj.gov

*Counsel for Defendants Raúl Torrez and James C. Kenney*

GREGORY S. SMITHKIER
*Assistant General Counsel*
*Special Assistant Attorney General*
New Mexico Environment Department
Office of General Counsel
1190 South St. Francis Drive
Santa Fe, New Mexico 87505
505-531-7736
gregory.smithkier@env.nm.gov

*Counsel for Defendant James C. Kenney*

CHAD E. MOLNAR
*Associate Attorney*
Kanner & Whiteley, L.L.C.
701 Camp Street
New Orleans, LA 70130
504-212-1753
cmolnar@kanner-law.com

*Counsel for Defendant James C. Kenney*