UNITED STATES DISTRICT COURT
District of New Mexico
Office of the Clerk

Erik Paltrow
Clerk of Court

PETE V. DOMENICI U.S. COURTHOUSE
333 Lomas Blvd. N.W., Suite 270
Albuquerque, NM 87102
505-348-2000 • Fax 505-348-2028

DIVISIONAL OFFICES
106 South Federal Place
Santa Fe, NM 87501
505-988-6481
Fax 505-988-6473

100 North Church Street
Las Cruces, NM 88001
575-528-1400
Fax 575-528-1425

October 19, 2026

*Via Notice of Electronic Filing*
Chris Wolpert, Clerk
United States Court of Appeals for the Tenth Circuit
The Byron White United States Courthouse
1823 Stout Street
Denver, CO 80257

Re: *American Chemistry Council et al v. Kenney et al 26-cv-2130-MIS-SCY*

Dear Mr. Wolpert:

A Notice of Appeal was filed in the above referenced case. The attached preliminary record consists of the Notice of Appeal filed October 16, 2026, Order filed September 16, 2026, and a copy of the docket entries.

The docket and appeal fee has been:

☐ Paid

☐ Paid in part

☒ Not paid

☐ Waived

Counsel for appellant is required to retrieve the appropriate forms for the appeal by referring to the United States Court of Appeals for the Tenth Circuit website at www.ca10.uscourts.gov, and referring to “Forms” located in the “Case Management” tab.

Sincerely,

ERIK PALTROW
Clerk of Court

By: Victoria Harvell
Deputy Clerk